

## CERTIFIED POLICY DECLARATION

Keya Lawshea, PL Operations Tech for Dairyland Insurance Company, hereby declares the attached is a certified copy of the Declarations Page and policy most recently issued to APRIL HUGGINS, for policy 11410394879, prior to 09/01/2025.

*Keya N Lawshea*       10/15/2025

Keya Lawshea       10/15/2025

**EXHIBIT A**

**Your Insurer is Dairyland Insurance Company**



My.DairylandInsurance.com

INSURANCE EXPRESS SERVICES INC
4200 CONCOURS ST
ONTARIO CA 91764

Named Insured(s)

HUGGINS, APRIL
1716 DIXIE DR
HARTSVILLE SC 29550-5906

ɪlɪɪlɪ|ɪɪɪɪlɪllɪ||ɪlɪ|ɪ||ɪ|lɪ|ɪɪl|ɪ||ɪllɪ|ɪɪlɪ|ɪ||ɪ||ɪ|ɪl

Email: Apriljhuggins123@gmail.com

Issuing Company: Dairyland Insurance Company
PO Box 8047
Stevens Point WI 54481-8047
1-800-334-0090

Agency: INSURANCE EXPRESS SERVICES INC
Phone:  1-909-346-1553

# DECLARATIONS PAGE

| | |
|---|---|
| **Policy Number** | 11410394879 |
| **Policy Term** | 07/11/2025 to 01/11/2026 |
| **Transaction Effective** | 07/11/2025 12:43 PM Central Time, per Stevens Point WI |
| **Transaction Type** | New Business |

## This Is Not a Bill. Retain for your records.

### Premium and Coverage Information

| Vehicle Level Coverages | Limits | Vehicle 1 | | | |
|---|---|---|---|---|---|
| Rated Driver | | 1 | | | |
| Bodily Injury Liability | $25,000 Each Person/$50,000 Each accident | $1,131.96 | | | |
| Property Damage Liability | $25,000 Each accident | $841.98 | | | |
| Uninsured Motorist Bodily Injury | $25,000 Each Person/$50,000 Each accident | $94.86 | | | |
| Underinsured Motorist Bodily Injury | | Rejected | | | |
| Uninsured Motorist Property Damage | $25,000 Each accident | $59.70 | | | |
| Underinsured Motorist Property Damage | | Rejected | | | |
| **Subtotal Premium By Vehicle** | | $2,128.50 | | | |

| Deductibles Per Coverage Per Vehicle | Vehicle 1 | | | |
|---|---|---|---|---|
| Uninsured Motorist Property Damage | $200 | | | |

| Premium Summary |
|---|

**Term Premium Total (excludes fees)** $2,128.50
**Refundable Policy Fee** $10.00

### Fee Information
The following fees may be charged during the life of the policy.

| Automatic Payments Renewal Fee | Reinstatement Fee | Renewal Fee | Refundable Policy Fee | Rewrite Fee | Late Fee | Returned Payment Fee | Installment Fee |
|---|---|---|---|---|---|---|---|
| $3.00 | $10.00 | $10.00 | $10.00 | $10.00 | $5.00 | $25.00 | $10.00 |
| Automatic Payments Installment Fee | | | | | | | |
| $3.00 | | | | | | | |

## Vehicle Information

| Veh # | Year | Make | Model | VIN | Existing Damage | Vehicle Location |
|---|---|---|---|---|---|---|
| 1 | 2015 | Chevrolet | IMPALA LIMITED LS | 2G1WA5E39F1126371 | N | 29550 |

## Driver Information

| Drv # | Name | Date of Birth | Gender | Marital Status | Financial Responsibility |
|---|---|---|---|---|---|
| 1 | HUGGINS, APRIL | XX/XX/1980 | F | S | |

## Excluded Driver Information

HUDLEY, KIMNINE XX/XX/1998
HUGGINS, KITIONA XX/XX/2005
HUGGINS, TERRY XX/XX/1959

## Accident and Violation Information

| Drv # | Date of Occurrence | Date of Conviction | Type | Points | Description of Occurrence |
|---|---|---|---|---|---|
| 1 | 04/24/2023 | 05/09/2023 | Violation | 2 | Speeding 10 mph or Less Above Limit |

## Policy Forms

The following policy forms and endorsements apply to your policy.

| | | |
|---|---|---|
| MPHN1-0121 | NDE1-SC-1214 | PAP1-1213 |
| PPA-SC-0620 | SCA1101-0823 | SCUM-1116 |
| UM1A-SC-1218 | | |

## Important Messages

This policy is effective on the date and time shown on the face of these declarations. These declarations form a part of the policy.

Access your policy documents online at My.DairylandInsurance.com.

THE INSURER CAN CANCEL THIS POLICY FOR WHICH YOU ARE APPLYING WITHOUT CAUSE DURING THE FIRST 90 DAYS. THAT IS THE INSURER'S CHOICE. AFTER THE FIRST 90 DAYS, THE INSURER CAN ONLY CANCEL THIS POLICY FOR REASONS STATED IN THE POLICY.

Warning: When a named excluded person operates a vehicle all liability coverage is void--no one is insured. Owners of the vehicle and others legally responsible for the acts of the named excluded person remain fully personally liable.

## MUTUAL POLICYHOLDER MEMBERSHIP ENDORSEMENT

### Mutual Membership and Voting Notice

While this policy is in force, **you** are a member of Sentry Mutual Holding Company of Stevens Point, Wisconsin.

**You** are entitled to vote either in person or by proxy at all meetings of the members of **our** Company. The annual meetings are held at our home office at 1800 Northpoint Drive, Stevens Point, Wisconsin, 54481 on the third Wednesday of April each year at 9:00 o'clock A.M.

### Mutuals - Participation Clause

This policy is non-assessable. This means as a member of Sentry Mutual Holding Company **you** have no responsibility for **our** debts or obligations. **Your** responsibility is limited to the premium charges for **your** insurance. If any dividends are distributed, **you** will share in them according to law and under conditions set by the Board of Directors.

MPHN1-0121

0027020044382430563929550590616

# PERSONAL AUTO POLICY AMENDATORY ENDORSEMENT - SOUTH CAROLINA

All terms and conditions of the Personal Auto Policy and any other endorsements also apply to this endorsement, except as changed by this endorsement.

## PART I – LIABILITY COVERAGE.

### Exclusions.

Exclusions (2) and (10) are replaced by the following.

(2) **Bodily injury** or **property damage** caused with intent by, or at the direction of, an **insured person**. This exclusion applies when an **insured person** commits an act which is reasonably certain to cause harm or damage. This exclusion applies even if the actual result is different than that which was intended or expected. However, coverage will apply to the extent necessary to satisfy the minimum limits of liability required by the South Carolina Financial Responsibility Act.

(10) **Bodily injury** to **you** or a **relative**. However, coverage will apply to the extent necessary to satisfy the minimum limits of liability required by the South Carolina Financial Responsibility Act.

Exclusion (18) is deleted.

### Limits of Liability

The following paragraph is amended.

Any amount payable to any person under this part will be reduced by any amount paid or payable to that person under Part III.

## PART II - MEDICAL PAYMENTS COVERAGE.

### Limits of Liability.

The following paragraph is deleted.

Any amount payable to any person under this part will be reduced by any amount paid or payable to that person for the same expense under Part I or Part III.

### Other Insurance.

This provision is replaced by the following.

### Other Insurance.

If there is other applicable motor vehicle medical payments insurance **we** will pay only **our** share of the loss. **Our** share is the proportion that **our** limit of liability bears to the total of all applicable limits. However, any insurance **we** provide with respect to a **motor vehicle you** do not own shall be excess over any other collectible motor vehicle insurance providing payments for medical or funeral expenses.

## PART III - UNINSURED MOTORISTS COVERAGE.

### Exclusions.

Exclusion (13) is deleted.

## PART IV – CAR DAMAGE COVERAGE.

### Your Deductible.

The following provision is added.

No deductible shall apply to automobile safety glass.

## PART V – GENERAL PROVISIONS.

### Changes.

This provision is replaced by the following.

### Changes.

This policy, application (which is made a part of this policy as if attached), and **your** Declarations Page include all the agreements between **you** and **us** relating to this insurance.

**We** will automatically give **you** the benefits of any extension or broadening of this policy. That is provided that the change does not require additional premium.

The only other way this policy can be changed is by endorsement. Any necessary adjustment of premium will be made at that time. **We** will accept certain changes to **your** policy that **you** request. However, some changes **you** request require **your** signature. These will be effective only after the proper signature is obtained. Any change will be confirmed by **our** issuance of a Declarations Page.

The premium for this policy is based on information **we** receive from **you** or other sources. Changes to this information made during the policy period may result in a premium increase or decrease.

**You** must notify **us** within fourteen (14) days of a change including, but not limited to:

(1) **your** mailing or residential address;

(2) the garaging address for any **car** listed on **your** Declarations Page;

(3) the residents of **your** household and/or **regular operators** of **your** insured **car**;

(4) an **insured person's** marital status;

(5) **you** or a **relative** obtaining a driver's license or operator's permit;

(6) **you** acquiring an additional or replacement vehicle; or

(7) **your** email address, if **you** requested electronic notice or delivery of documents.

If **you** move to another **state**, **we** may cancel this policy in accordance with the Cancellation or Nonrenewal of This Policy section.

### Our Recovery Rights.

This provision does not apply to Part II.

**Cancellation or Non-Renewal of This Policy.**

This provision is replaced by the following.

**Cancellation or Non-Renewal of This Policy.**

A Named Insured, as listed on **your** Declarations Page, may cancel this policy by advising **us** in writing of the future date the cancellation is to take effect. However, within the first 60 days this policy is in effect, **you** may cancel only for the reasons listed below.

(1) **You** furnish proof from the Department of Highways and Public Transportation that:

    (A) **Your insured car** as shown on **your** Declarations Page has been sold or otherwise disposed of; or

    (B) **You** have surrendered the tags and registration of **your insured car** shown on **your** Declarations Page.

(2) **You** have secured another policy that meets the financial responsibility requirements of the State of South Carolina.

If the initial or renewal premium payment is returned unpaid by the financial institution, cancellation will occur effective as of the policy inception or renewal date.

Within the first 60 days this policy is in effect, **we** may cancel for the reasons listed below:

(1) A premium payment is not honored by **your** financial institution.

(2) Nonpayment of premium. If this policy has been in effect more than thirty (30) days **we** may cancel for nonpayment of premium at any time by providing at least fifteen (15) days' notice of cancellation. This does not include a policy certified as proof of compliance under any financial responsibility law.

(3) Any reason permitted by the **state** of South Carolina.

If this policy has been in effect more than sixty (60) days but less than ninety (90) days, and is not a continuation or renewal policy, **we** may cancel for any reason during that period by providing at least fifteen (15) days' notice of cancellation.

If this policy has been in effect ninety (90) days or more, or is a renewal or continuation policy, **we** may cancel for the following reasons by providing at least fifteen (15) days' notice of cancellation.

    (1) Nonpayment of premium.

    (2) If **your** driver's license is suspended or revoked.

If this policy is certified as proof of compliance under any financial responsibility law and in effect more than ninety (90) days, **we** may cancel for nonpayment of premium at any time by providing at least fifteen (15) days' notice of cancellation.

**We** may cancel the non-mandatory Physical Damage coverages by reason of factors or conditions as permitted by law, by providing at least fifteen (15) days' notice.

If **we** decide not to renew this policy, **we** will mail notice of nonrenewal providing at least fifteen (15) days' notice.

Any notice of cancellation or nonrenewal will be mailed or an electronic notification of the cancel or nonrenewal notice will be delivered to the person(s) listed as Named Insured(s) on **your** Declarations Page at the address shown on **your** Declarations Page.

Proof of mailing a cancel or nonrenewal notice, including electronic notification shall be sufficient proof of notice, if required.

If this policy is cancelled, **you** may be entitled to a premium refund. If so, **we** will send **you** the refund. However, making or offering to make the refund is not a condition of cancellation. The effective date of the cancellation stated in a notice is the end of the policy period.

# UNINSURED MOTORISTS COVERAGE ENDORSEMENT- SOUTH CAROLINA

All terms and conditions of the Personal Auto Policy and any other endorsements also apply to this endorsement, except as changed by this endorsement.

### PART III – UNINSURED MOTORISTS COVERAGE

This Part is replaced in its entirety by the following.

### PART III – UNINSURED MOTORISTS COVERAGE

This coverage applies only if there is a premium shown for it on **your** Declarations Page.

**We** will pay damages for **bodily injury** or **property damage** which an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle**. The **bodily injury** must be caused by a **car accident** and result from the ownership, upkeep or use of an **uninsured motor vehicle**.

<u>Additional Definitions Used in This Part Only.</u>

As used in this endorsement, the following definitions are either amended or added.

(1) **"Motor Vehicle"** is a land **motor vehicle** designed for use on public roads. It includes cars, mopeds, and utility trailers when attached to a **motor vehicle**. It also includes any other land **motor vehicle** while used on public roads.

(2) **"Insured Person"** means any of the following.

    (A) **You**.

    (B) A **relative**.

    (C) Any other person **occupying your insured car**.

    (D) Any person for damages that person is entitled to recover because of **bodily injury** to **you**, a **relative** or another occupant of **your insured car**.

No person shall be considered an **insured person** if that person uses a **motor vehicle** without the permission of the owner.

(3) **"Property Damage"** means damage to or destruction of the property of an **insured person**.

(4) **"Uninsured motor vehicle"** means a **motor vehicle** which is:

    (A) Not insured by a **bodily injury** liability and **property damage** liability bond or policy or that do not have liability limits complying with the South Carolina Financial Responsibility Act.

    (B) Not secured with cash or securities deposited with the State Treasurer.

    (C) A hit-and-run vehicle whose operator or owner is unknown. This vehicle must strike any of the following.

    (i) **You**.

    (ii) A **relative**.

    (iii) A vehicle which **you** or a **relative** are **occupying**.

    (iv) **Your insured car**.

    (v) Any of **your** property.

The **insured person** must not be negligent in failing to determine the identity of the other **motor vehicle** and the driver of the other **motor vehicle** at the time of the **car accident**.

    If there is no physical contact with the hit-and-run vehicle the facts of the accident must be corroborated and all of the following must occur.

    (a) An affidavit attesting to the truth of the facts of the accident must be signed by any eyewitness other than the owner or operator of the **motor vehicle** which an **insured person** was **occupying** at the time of the accident.

    (b) The following statement must be displayed on the face of the affidavit:

    A FALSE STATEMENT CONCERNING THE FACTS CONTAINED IN THIS AFFIDAVIT MAY SUBJECT THE PERSON MAKING THE FALSE STATEMENT TO CRIMINAL PENALTIES AS PROVIDED BY LAW.

    (c) No right of action or recovery exists unless the **insured person** or someone on behalf of the **insured person** has reported the **car accident** to an appropriate police authority within a reasonable time.

The **insured person** must not be negligent in failing to determine the identity of the other **motor vehicle** and the driver of the other **motor vehicle** at the time of the **car accident**.

    (D) Insured by a **bodily injury** liability and **property damage** liability bond or policy at the time of the accident whose insurer is or becomes insolvent, is in delinquency proceedings, suspension or receivership, is proven unable to respond to a judgment or denies coverage.

    (E) For which the owner has not qualified as a self insurer as defined by South Carolina statute.

UM1A-SC-1218

002702004438243056392955059061'6

(F) Any **motor vehicle** owned by the State or any of its political subdivisions when the **motor vehicle** is operated by a person without proper authorization.

**"Uninsured motor vehicle"** does not mean a vehicle as described below.

(A) Owned or operated by a self-insurer. This must be within the meaning of any **motor vehicle** financial responsibility law, motor carrier law or any similar law. This definition does not apply if that self-insurer is or becomes insolvent.

(B) Owned by a governmental unit or agency unless a cause of action against that governmental unit or agency is barred by the Tort Claims Act, South Carolina Laws 1986, Ratification No. 514, Subsection 15-78-60, or by other applicable statute.

<u>Exclusions</u>

This coverage does not apply to **bodily injury** or **property damage** sustained by an **insured person** described by any of the following.

(1) If the injured person or the legal representative of that person agrees to any settlement without **our** written consent.

(2) For the first $200 of **property damage** to the property of each **insured person** in each **car accident**.

(3) For damage to property for which an **insured person** has been compensated by insurance or otherwise.

(4) For the benefit of any workers' compensation carrier or disability benefits carrier or a self-insurer of workers' compensation or disability benefits.

(5) Vehicles not subject to registration or compulsory insurance provisions.

<u>Limits of Liability.</u>

(A) If **bodily injury** or **property damage** is sustained by **you** or a **relative** while **occupying** or using **your insured car**, in any one **car accident**, the following applies.

(1) The maximum **bodily injury** limit **we** will pay for "each person", is the limit as shown on **your** Declarations Page for "each person" for the **insured car** involved in the accident, plus that same amount from each of the other **insured cars** shown on **your** Declarations Page to which this coverage applies. However, in no case will the limits shown for the other **insured cars** be increased beyond the limits stated in **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(2) Subject to the **bodily injury** "each person" limit, the maximum **bodily injury** limit **we** will pay for

"each accident" to two or more persons, is the limit as shown on **your** Declarations Page for "each accident" for the **insured car** involved in the accident, plus that same amount from each of the other **insured cars** shown on **your** Declarations Page to which this coverage applies. However, in no case will the limits shown for the other **insured cars** be increased beyond the limits stated in **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(3) The maximum **property damage** limit **we** will pay is the limit as shown on **your** Declarations Page for the **insured car** involved in the accident, plus that same amount from each of the other **insured cars** shown on **your** Declarations Page to which this coverage applies. However, in no case will the limits shown for the other **insured cars** be increased beyond the limits stated in **your** Declarations Page.

(B) If **bodily injury** or **property damage** is sustained by **you** or a **relative** while not **occupying** any **motor vehicle**, the following applies.

(1) The maximum **bodily injury** limit **we** will pay for "each person" is the highest "each person" limit shown for any one **insured car** listed on **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(2) Subject to the **bodily injury** "each person" limit, the maximum **bodily injury** limit **we** will pay for "each accident" to two or more persons, is the highest "each accident" limit shown for any one **insured car** listed on **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(3) The maximum **property damage** limit **we** will pay is the highest limit shown for any one **insured car** listed on **your** Declarations Page.

(C) If **bodily injury** or **property damage** is sustained by **you** or a **relative** while **occupying** a **motor vehicle** not owned by **you** or a **relative**, the following applies.

(1) The maximum **bodily injury** limit **we** will pay for "each person" is the highest "each person" limit shown for any one **insured car** listed on **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(2) Subject to the **bodily injury** "each person" limit, the maximum **bodily injury** limit **we** will pay for "each accident" to two or more persons, is the highest "each accident" limit shown for any one **insured car** listed on **your** Declarations Page. This limit includes all family member claims, claims for care and loss of services.

(3) The maximum **property damage** limit **we** will pay is the highest limit shown for any one **insured car** listed on **your** Declarations Page.

(D) If **bodily injury** or **property damage** is sustained by an **insured person**, other than **you** or a **relative**, while **occupying** a **motor vehicle** owned by **you** or a **relative**, the following applies.

(1) The maximum **bodily injury** limit **we** will pay for "each person" is the "each person" limit shown for the **insured car** listed on **your** Declarations Page that was involved in the accident. This limit includes all family member claims, claims for care and loss of services.

(2) Subject to the **bodily injury** "each person" limit, the maximum **bodily injury** limit **we** will pay for "each accident" to two or more persons, is the "each accident" limit shown for the **insured car** listed on **your** Declarations Page that was involved in the accident. This limit includes all family member claims, claims for care and loss of services.

(3) The maximum **property damage** limit **we** will pay is the limit shown for the **insured car** listed on **your** Declarations Page that was involved in the accident.

The most **we** will pay for **bodily injury** or **property damage** sustained in a **car accident** by an **insured person**, other than **you** or a **relative**, is the pro rata share of the "each person" or "each accident" limit as shown on **your** Declarations Page, applicable to the **insured car** that the **insured person** was **occupying** at the time of the **car accident**.

**You** or a **relative** who sustains **bodily injury** or **property damage** in the **car accident** will also be entitled to a pro rata share of the "each person" or "each accident" limit as described in the paragraph above.

A person's pro rata share shall be the ratio that that

person's damages bears to the total damages sustained by all **insured persons**.

**We** will pay no more than these limits despite any of the following.

(1) The number of vehicles described or premiums shown on **your** Declarations Page.

(2) The number of **insured persons**.

(3) The number of claims made or lawsuits filed.

(4) The number of vehicles involved in the **car accident**.

Any amounts payable under this part will be reduced by the following.

(1) Any payments made by or on behalf of the owner or operator of the **uninsured motor vehicle**. Also any payment made by or on behalf of any other person or organization which may be legally liable.

(2) Any amount paid or payable under Part I or IV of this policy.

(3) Any payments made or payable because of **bodily injury** under any workers' compensation law or disability benefits law or similar law.

No one will be entitled to duplicate payments under this policy for the same elements of damages.

**Other Insurance.**

If there is other applicable coverage on a **loss** covered by this Part, **we** will pay only **our** share of the damages. **Our** share is the ratio that **our** limits of liability bear to the total of all applicable limits. When an **insured person** is **occupying** a **car** not listed on **your** Declarations Page, this coverage is excess over any other applicable Uninsured Motorist insurance. This coverage shall apply only in the amount by which the limits of liability for this coverage exceed the applicable limits for such other insurance.

0027020004438243056539295505905016

Dairyland Insurance Company



My.DairylandInsurance.com

# NAMED DRIVER EXCLUSION ENDORSEMENT - SOUTH CAROLINA

Policy Number:     11410394879

**YOUR POLICY IS CHANGED AS DESCRIBED BELOW.**

This policy will not provide any coverage when a vehicle is being operated by the following excluded drivers.

The following individuals, who either have turned in their drivers license to the Department of Public Safety, or are the named insured on another motor vehicle liability insurance policy, are considered excluded persons:

| | Name | Date of Birth | Reason for Exclusion |
|---|---|---|---|
| 2 | HUDLEY, KIMNINE | 09/24/1998 | ☒ License Returned to Dept. of Public Safety  ☐ Other Insurance |
| 3 | HUGGINS, KITIONA | 09/15/2005 | ☒ License Returned to Dept. of Public Safety  ☐ Other Insurance |
| 4 | HUGGINS, TERRY | 07/18/1959 | ☒ License Returned to Dept. of Public Safety  ☐ Other Insurance |

This endorsement applies to this policy and any continuation, renewal, change or reinstatement of this policy by the Named Insured. It also applies to any reissuance of the policy by the Company.

**You** agree to inform **us** within 30 days, if at any time during the policy period:

a. any other insurance covering an excluded person is no longer in effect; or

b. any excluded person who turned in their driver's license has that license reinstated.

By signing this form, the Named Insured(s), as listed on **your** Declarations Page, agrees to this policy change. All other terms and conditions of this policy remain in force and effect.

I ACKNOWLEDGE AND AGREE THAT BY CLICKING MY NAME ON THE DESIGNATED LINE(S) INDICATING "CLICK HERE TO SIGN", I AM ELECTRONICALLY SIGNING THIS DOCUMENT, WHICH WILL HAVE THE SAME LEGAL EFFECT AS THE EXECUTION OF THIS DOCUMENT BY A WRITTEN SIGNATURE AND SHALL BE VALID EVIDENCE OF MY INTENT AND AGREEMENT TO BE BOUND BY ITS TERMS.

*April Huggins*

Named Insured's Signature

7/11/2025, 1:47 PM  LOCAL TIME

Date

# SOUTH CAROLINA AUTO APPLICATION

**Dairyland Insurance Company**

**Policy Number 11410394879**
Effective Date: 07/11/2025
12:43 PM Central Time per Stevens Point, WI



My.DairylandInsurance.com

| Named Insured(s) | Agency |
|---|---|
| HUGGINS, APRIL | Insurance Express Services Inc |
| 1716 Dixie Dr | Breana Campos |
| Hartsville SC 29550 | 4200 Concours St |
| Phone: 843-253-3238 | Ontario CA 91764 |
| Email: Apriljhuggins123@gmail.com | Phone: 909-346-1553 |

THE INSURER CAN CANCEL THIS POLICY FOR WHICH YOU ARE APPLYING WITHOUT CAUSE DURING THE FIRST 90 DAYS. THAT IS THE INSURER'S CHOICE. AFTER THE FIRST 90 DAYS, THE INSURER CAN ONLY CANCEL THIS POLICY FOR REASONS STATED IN THE POLICY.

## Premium and Coverage Information      Type Auto Policy      Term 6 Month

| Vehicle Level Coverages | Limits | Vehicle 1 | | | |
|---|---|---|---|---|---|
| Rated Driver | | 1 | | | |
| Bodily Injury Liability | $25,000 Each Person/$50,000 Each accident | $1,131.96 | | | |
| Property Damage Liability | $25,000 Each accident | $841.98 | | | |
| Uninsured Motorist Bodily Injury | $25,000 Each Person/$50,000 Each accident | $94.86 | | | |
| Underinsured Motorist Bodily Injury | | Rejected | | | |
| Uninsured Motorist Property Damage | $25,000 Each accident | $59.70 | | | |
| Underinsured Motorist Property Damage | | Rejected | | | |
| Medical Payments | | Not Selected | | | |
| Comprehensive | | Not Selected | | | |
| Collision | | Not Selected | | | |
| Lienholder Deductible | | Not Selected | | | |
| Rental Reimbursement | N/A | Not Selected | | | |
| Roadside Assistance | N/A | Not Selected | | | |
| Roadside Assistance | N/A | Not Selected | | | |
| Special Equipment | N/A | Not Selected | | | |
| Car Loan Protection | | Not Selected | | | |
| **Subtotal Premium By Vehicle** | | $2,128.50 | | | |

| Deductibles Per Coverage Per Vehicle | Vehicle 1 |
|---|---|
| Uninsured Motorist Property Damage | $200 |

| Premium Summary |
|---|
| **Term Premium Total (excludes fees)** $2,128.50 |
| **Refundable Policy Fee** $10.00 |
| **Total Cost** $2,138.50 |
| **Total Amount Submitted** $364.61 |
| **Pay Plan** 5 Installments |
| **Automatic Payments** N |

## Fee Information

The following fees may be charged during the life of the policy. These fees may change.

| Automatic Payments Renewal Fee | Reinstatement Fee | Renewal Fee | Refundable Policy Fee | Rewrite Fee | Late Fee | Returned Payment Fee | Installment Fee |
|---|---|---|---|---|---|---|---|
| $3.00 | $10.00 | $10.00 | $10.00 | $10.00 | $5.00 | $25.00 | $10.00 |

| Automatic Payments Installment Fee | | | | | | | |
|---|---|---|---|---|---|---|---|
| $3.00 | | | | | | | |

**Discount Information: None**

**Surcharge Information: None**

## Vehicle Information

| Veh # | Year | Make | Model | VIN | Veh. Specifics | Existing Damage | Veh Use | Veh Location |
|-------|------|------|-------|-----|----------------|-----------------|---------|--------------|
| 1 | 2015 | Chevrolet | IMPALA LIMITED LS | 2G1WA5E39F1126371 | 4Door, 6Cyls, 2wd, Auto | N | P | 29550 |

## Driver Information

All persons in the household of legal driving or learner's permit age and other regular users of a listed vehicle must be reported.

| Drv # | Name | Date of Birth | Gender | Marital Status | License State | License Number | Financial Responsibility |
|-------|------|---------------|--------|----------------|---------------|----------------|--------------------------|
| 1 | HUGGINS, APRIL | 04/05/1980 | F | S | SC | *** | |

## Excluded Driver Information

Corresponding Named Driver Exclusion Endorsement Form must be completed and signed.

HUDLEY, KIMNINE 09/24/1998
HUGGINS, KITIONA 09/15/2005
HUGGINS, TERRY 07/18/1959

## Accident and Violation Information

| Drv # | Date of Occurrence | Date of Conviction | Type | Points | Description of Occurrence |
|-------|--------------------|--------------------|------|--------|---------------------------|
| 1 | 04/24/2023 | 05/09/2023 | Violation | 2 | Speeding 10 mph or Less Above Limit |

## Lienholder/Additional Insured/Additional Interest Information: None

## Named Insured Confirmation

I understand and agree this application is a part of the policy.

I understand and agree this policy does not take effect until the effective date and time listed on this application.

I understand and agree if a financial institution does not honor any payment made for this policy, it will not be considered a valid payment. In that case, coverage may not be afforded under this application and any policy issued thereon.

I understand and agree any unpaid balance owed, including any fees, at the time of cancellation, non-renewal or expiration is a debt the Company may attempt to collect. I also understand and agree that I must pay for any costs and attorney fees the Company may incur to collect this amount.

I understand and agree the Company may obtain facts from third parties such as consumer reporting agencies or policy verification services. These parties may provide driving, vehicle, and claims histories on all drivers and vehicles rated on this policy. I understand and agree new or updated consumer information may be used to calculate my renewal premium. I may access this information directly from the third party and correct it if it is incorrect.

I understand and agree this policy may be cancelled, rescinded, and/or coverage denied if this application contains any false statement, omission, or material misrepresentation that would have altered the Company's evaluation of the policy.

I understand and agree I must report to the Company all persons of legal driving or learner's permit age or older who live with me temporarily or permanently. This includes all children at college. I understand I must report all persons who are regular operators of any vehicle to be insured, regardless of where they reside.

I understand and agree none of the vehicles will be used to carry persons or property for compensation or a fee, or for retail or wholesale delivery. Delivery includes, but not limited to, the pickup, transport or delivery of magazines, newspapers, mail or food. I understand I must disclose any business or commercial use of a listed vehicle.

I have had Special Equipment Coverage explained to me and fully understand it. I understand and agree when collision and/or comprehensive coverages are purchased, no coverage will exist for equipment that has not been installed by the original manufacturer of the vehicle. This is unless Special Equipment Coverage has been purchased.

I understand I may be charged one or more of the following fees listed in this application. Billing Fee - applicable if I elect to make installment payments instead of paying the full premium. Returned Check Fee - applicable if any premium remittance by me, or on my behalf, is not honored by the Payor (Bank).

**Named Insured Confirmation**

NOTIFICATION OF POSSIBLE INVESTIGATIVE REPORT – As required by Public Law 91-508, Fair Credit Reporting Act, this is to inform you that as part of our procedure for processing and reviewing applications, new policies, renewal policies and policies currently in effect, a credit report, motor vehicle report or an investigative report may be obtained through personal interviews with third parties, such as family members, business associates, financial sources, friends, neighbors, or others with whom you are acquainted. This inquiry includes information as to your character, general reputation, personal characteristics, and mode of living or driving history, whichever may be applicable. You have the right to make a written request to this company within a reasonable period of time for a complete and accurate disclosure of additional information concerning the nature and scope of the investigation and/or dispute such information which you believe to be erroneous.

I understand and agree it is my responsibility to report any change of vehicle or residential location to the Company within 14 days of the change and I declare each vehicle listed in this application is garaged more than 50% of the time at the vehicle location listed.

I understand and agree the Company may use a credit-based insurance score determined by information contained in my credit history. I understand and agree new or updated credit information may be used to calculate my renewal premium. I may access this information directly from the third party and correct it if it is inaccurate.

As a member of Sentry Mutual Holding Company ("Sentry MHC"), I hereby appoint the President and/or Secretary of Sentry MHC, and each of them, to vote my proxy at any and all meetings of members at which I am not present in person or by subsequent proxy. This proxy shall remain in force during the term of this policy and any renewal or replacement policy, or until expressly revoked or superseded.

I ACKNOWLEDGE AND AGREE THAT BY CLICKING MY NAME ON THE DESIGNATED LINE(S) INDICATING "CLICK HERE TO SIGN", I AM ELECTRONICALLY SIGNING THIS APPLICATION, WHICH WILL HAVE THE SAME LEGAL EFFECT AS THE EXECUTION OF THIS DOCUMENT BY A WRITTEN SIGNATURE AND SHALL BE VALID EVIDENCE OF MY INTENT AND AGREEMENT TO BE BOUND BY ITS TERMS.

I hereby apply to the company for a policy of insurance. The above facts are true and complete. I understand this policy is to be issued in reliance upon these facts being true.

7/11/2025, 1:47 PM LOCAL TIME    ☐ AM          *April Huggins*
                                     ☐ PM

Date Signed          Time Signed                               Named Insured's Signature

Dairyland Insurance Company



My.DairylandInsurance.com

**IN CASE OF AN ACCIDENT, PLEASE CALL 1-800-334-0090.**
**CLAIMS CAN BE REPORTED 24 HOURS A DAY.**

**Important:** This insurance policy is a legal contract between **you** and **us**.

**Read Your Policy Carefully.** This index of policy provisions provides a brief outline of some of the important features of **your** policy. But, the index is not the insurance contract. Only the actual policy provisions will dictate. The policy sets forth in detail the rights and obligations of both **you** and **us**.

# PERSONAL AUTO POLICY.

**Agreement.**

**What To Do In Case Of A Car Accident or Loss.**
 Notice of Car Accident or Loss.
 Other Duties.

**Definitions Used Throughout This Policy.**

**Part I - Liability Coverage.**
 Additional Definitions Used in This Part Only.
 Additional Payments.
 Exclusions.
 Conformity with Financial Responsibility Laws.
 Out of State Insurance.
 Limits of Liability.
 Other Insurance.

**Part II - Medical Payments Coverage.**
 Additional Definitions Used In This Part Only.
 Exclusions.
 Limits of Liability.
 Other Insurance.
 Our Rights to Recover Payment.

**Part III - Uninsured Motorists Coverage.**
 Additional Definitions Used in This Part Only.
 Exclusions.
 Limits of Liability.
 Other Insurance.
 Arbitration.

**Part IV - Car Damage Coverage.**
 Additional Definitions Used in This Part Only.
 Your Deductible.
 Settlement of Loss.
 Appraisal.
 Transportation Expenses.
 Exclusions.
 Limits of Liability.
 No Benefit to Bailee.
 Other Insurance.

**Part V - General Provisions.**
 Territory.
 Changes.
 Two or More Cars Insured.
 Lawsuit Against Us.
 Our Recovery Rights.
 Assignment.
 Bankruptcy.
 Electronic Signatures.
 Out of State Insurance.
 Joint and Individual Interests.
 Renewal of This Policy.
 Cancellation or Nonrenewal of This Policy.
 Misrepresentations.

**Notice of Our Information Practices.**

## AGREEMENT.

In return for **your** premium payment, **we** will insure **you** for the coverages up to the limits of liability for which a premium is shown on **your** Declarations Page. However, acceptance by **us** of premium payments submitted by **you** or on **your** behalf does not, in and of itself, satisfy coverage conditions. This agreement is subject to the terms and conditions of this policy. This insurance applies only to **car accidents** and **losses** which happen while this policy is in force. This policy is issued by **us** in reliance upon the statements which **you** made in **your** application for insurance. **We** may also ask **you** for updated information after the policy has issued. **We** rely upon **you** to provide **us** with accurate information. This policy, **your** application (which is made a part of this policy as if attached), and **your** Declarations Page include all the agreements between **you** and **us** relating to this insurance. If **you** have made any **misrepresentations** in **your** application or when subsequently asked, this policy may not provide any coverage.

## WHAT TO DO IN CASE OF A CAR ACCIDENT OR LOSS.

### Notice of Car Accident or Loss.

In the event of a **car accident** or **loss**, prompt notice must be given to **us**. This must include the time, place and facts of the **car accident** or **loss**. **Your** name, address, the best way to contact **you** and any involved persons and witnesses must be provided. The information which **you** give to **us** must be truthful and accurate.

### Other Duties.

Any person claiming any coverage under this policy must:

(1) Cooperate and assist **us** in any matter regarding a claim or lawsuit.

(2) Promptly send **us** any legal or other papers relating to a claim or lawsuit.

(3) Submit to physical exams at **our** expense by doctors **we** select. This must be as often as **we** reasonably require.

(4) Authorize **us** to obtain medical, wage and other records.

(5) Submit separately to recorded statements and exams under oath. Provide sworn statements. This must be done as often as **we** reasonably require.

(6) Avoid making any voluntary payments except at **your** own expense. Avoid making any obligation or incurring any expense.

(7) Promptly complete and return any forms **we** send to **you**.

(8) Permit **us** to retrieve data from the event data recorder of the vehicle involved in the **car accident**.

(9) Promptly notify the police of the accident if a hit-and-run driver is involved.

(10) Take reasonable steps after **loss** to protect **your insured car** and its equipment from further **loss**. **We** will pay reasonable expenses incurred in providing that protection. Any additional **loss** because of **your** failure to take reasonable steps to protect **your insured car** will not be covered.

(11) Promptly report any theft or vandalism of **your insured car** or its equipment to the police.

(12) Allow **us** to inspect and appraise the damage to **your insured car** before its repair or disposal.

Failure to perform or comply with any of these duties may result in the refusal of coverage, protection or a reduced **loss** payment.

## DEFINITIONS USED THROUGHOUT THIS POLICY.

(1) **"We"**, **"us"** and **"our"** mean the Company shown on **your** Declarations Page providing this insurance.

(2) **"You"** and **"your"** mean the person(s) shown as the Named Insured on **your** Declarations Page. **You** and **your** also means that person's spouse if residing in the same household.

(3) **"Relative"** means a person living in **your** household. This person must be related to **you** by blood, marriage or adoption. **Relative** includes a ward, foster child or a minor under **your** guardianship who lives in **your** household. **Your** unmarried dependent children living temporarily away from home qualify as a **relative** only if they intend to continue to live in **your** household. Any **relative** who is of legal driving age or older must be listed on the application or endorsed on the policy. This must occur prior to a **car accident** or **loss**.

(4) **"Regular operator"** means any person of legal driving age or older and a resident of **your** household. **Regular operator** also means any person who drives **your insured car** while it is furnished or available for their regular use.

(5) **"Bodily injury"** means bodily harm, or sickness, disease or death.

(6) **"Property damage"** means damage to or destruction of real or tangible personal property. This includes loss of that property's use. It does not include electronically stored information or other intangible property.

(7) **"Car"** means a four-wheeled land **motor vehicle**, licensed for use on public roads and not used for commercial purposes, which is:

  (A) Of the private passenger sedan, station wagon, minivan or jeep type, with a gross vehicle weight rating (GVWR) of 10,000 pounds or less; or

  (B) Of the pickup, 6-wheel dually, sport utility, van or panel truck type, with a gross vehicle weight rating (GVWR) of 14,000 pounds or less.

(8) **"Your insured car"** means all of the following.

  (A) Any **car** described on **your** Declarations Page, for which a premium charge is shown.

  (B) Any **car** that permanently replaces a **car** described on **your** Declarations Page during the policy period. With respect to coverage under Parts I, II and III of this policy, the replacement **car** will be afforded the same coverage as the **car** it replaces. Coverage will apply as of the date **you** acquire the **car**, but only if **you** ask **us** to insure it

within fourteen (14) days of its acquisition. Coverage under Part IV and other optional coverages will apply to the replacement **car** as of the date **you** acquire the **car** only if **you** expressly ask for it within three (3) days of its acquisition. **We** must also agree to provide the coverage before it will apply. In all other cases, any coverage **you** request will apply no earlier than the date and time **you** contact **us** to request it and **we** agree.

(C) Any additional **car you** acquire ownership of during the policy period that does not permanently replace a **car** described on **your** Declarations Page, but only if **we** insure all other **cars you** own. With respect to coverage under Parts I, II and III of this policy, the additional **car** will be afforded the same coverage as any other **car** described on **your** Declarations Page. Coverage will apply as of the date **you** acquire the **car**, but only if **you** ask us within fourteen (14) days of its acquisition. Coverage under Part IV and other optional coverages will apply to the additional **car** as of the date **you** acquire the **car** only if **you** expressly ask for it within three (3) days of its acquisition. **We** must also agree to provide the coverage before it will apply. In all other cases, any coverage **you** request will apply no earlier than the date and time **you** contact **us** to request it and **we** agree.

(D) Any **car** not owned by **you** while being used temporarily by **you** or a **relative**. The use must be with the owner's permission. The **car** must be a substitute for a vehicle described on **your** Declarations Page which is withdrawn from normal use due to breakdown, repair, servicing, **loss** or destruction. This provision applies only to coverages provided in Parts I, II and III of this policy.

A **car** leased to a person under a written agreement for a constant period of at least six (6) months shall be deemed to be owned by that person.

(9) **"Motor vehicle"** means a land **motor vehicle**, but does not mean a vehicle as described below.

(A) Operated on rails.

(B) Operated on crawler-treads.

(C) A farm type tractor or equipment designed for use mainly off public roads when not used on public roads.

(D) An all-terrain or other recreational vehicle type, not licensed or designed for use on public roads.

(E) Being used as a residence.

(F) Being used as a premise.

(10) **"Auto Business"** means the business of selling, repairing, servicing, storing, or parking **cars**. It also means the business of transporting, delivering, testing, road testing or repossessing **cars**.

(11) **"Occupying"** means in, getting in, or getting out of.

(12) **"Car Accident"** means an unexpected and unintended event that causes **bodily injury** or **property damage**. It must have arisen out of the ownership, upkeep, or use of a **car** or **motor vehicle**.

(13) **"Loss"** means direct, sudden and accidental damage or theft of **your insured car** or its covered equipment.

(14) **"State"** means the District of Columbia, and any **state**, territory or possession of the United States.

(15) **"Misrepresent"** or **"Misrepresentation"** means providing information to **us** that is known by **you** to be false, misleading or fraudulent. This could be presented to **us** during the application for coverage, or during the policy period. It must affect either the eligibility for coverage and/or the premium that is charged. Concealing information relevant to the application, or maintenance of coverage, is also **misrepresentation**.

---

## PART I - LIABILITY COVERAGE.

This coverage applies only if a premium is shown for it on **your** Declarations Page.

**We** will pay damages for which any **insured person** is legally liable because of **bodily injury** and/or **property damage** caused by a **car accident**. The **car accident** must have arisen out of the ownership, upkeep or use of a **car**. **We** will settle any claim or defend any lawsuit which is payable under the policy as **we** deem appropriate.

**We** have no duty to defend any suit or settle any claim for **bodily injury** or **property damage** not covered under this policy.

**Our** duty to settle or defend ends when **our** limit of liability for this coverage has been tendered or paid.

**Additional Definitions Used in This Part Only.**

As used in this Part, these definitions apply.

(1) **"Insured person"** or **"insured persons"** means all of the following.

(A) **You.**

(B) A **relative.**

(C) Any person using **your insured car.**

No one is considered an **insured person** if they use a **car** without the permission or outside the scope of the permission of the owner.

None of the following are **insured persons** for this coverage.

(A) The United States (U.S.) Government.

(B) Any other government or civil authority.

(C) Any person operating a **motor vehicle** as an employee of the U.S. Government, when the provisions of the Federal Tort Claims Act apply.

(2) **"Contamination"** means any unclean, unsafe, damaging, injurious, or unhealthy condition. The condition must have arisen from **pollutants**, whether permanent or transient.

(3) **"Pollutants"** means smoke, vapors, soot, fumes, acids, sounds, alkalis, chemicals liquids, solids, gases, thermal substances. It includes any other irritants and impurities.

**Additional Payments.**

**We** will pay, in addition to **our** limit of liability, all of the following.

(1) Costs **we** incur when settling any claim or in the defense of any lawsuit. This does not include awards to the plaintiff.

(2) Interest on damages awarded in any lawsuit **we** defend for the portion of damages that does not exceed **our** limit of liability. The interest must accrue after entry of judgment and before **we** have paid. **Our** offer to pay will also stop interest accrual. Interest will stop accruing if **we** deposit in court that portion of the judgment which is not more than **our** limit of liability.

(3) Premiums on bonds required in any lawsuit **we** defend. **We** will not pay the premium for a bond that is more than **our** limit of liability. **We** have no duty to apply for or furnish bonds.

(4) Up to $200 a day of lost wages when **we** ask an **insured person** to attend trials or hearings.

(5) Any other reasonable expenses incurred by an **insured person** at **our** specific request.

**Exclusions.**

Coverage and **our** duty to defend does not apply to any of the following.

(1) **Bodily injury** or **property damage** arising out of the ownership, upkeep or use of any vehicle when used to carry persons or property for compensation or a fee. This includes, but is not limited to, delivery of newspapers, magazines, food, or any other products. This exclusion does not apply to shared-expense car pools.

(2) **Bodily injury** or **property damage** caused with intent by, or at the direction of, an **insured person**. This exclusion applies when an **insured person** commits an act which is reasonably certain to cause harm or damage. This exclusion applies even if the actual result is different than that which was intended or expected.

(3) **Bodily injury** or **property damage** that results from nuclear reactions, radiation or fallout. **Bodily injury** or **property damage** with respect to which any person is insured under nuclear energy liability insurance is also excluded, even if the limits of that insurance are exhausted.

(4) **Bodily injury** to an employee or a fellow employee of an **insured person** that arises during the course of employment. This exclusion does not apply to **bodily injury** to a domestic employee unless workers' compensation benefits are required or available for that employee.

(5) **Bodily injury** or **property damage** arising out of the ownership, upkeep, or use of any vehicle, including **your insured car**, when used for any business purpose. This exclusion does not apply to:

(i) Use of **your insured car** by **you** or a **relative** for farming or ranching.

(ii) The use of **your insured car** by **you** for **auto business** operations.

(iii) Business use that has been disclosed to and accepted by **us**.

(iv) Business use that is infrequent and not otherwise excluded under this policy.

(6) Damage to property owned by, rented to, being transported by, used by, or in the charge of an **insured person**. This exclusion does not apply to damage to a private residence or garage rented to **you** or a **relative**. A **motor vehicle** operated by an **insured person** is considered to be property in the charge of an **insured person**.

(7) **Bodily injury** or **property damage** assumed by an **insured person** under any contract or agreement.

(8) **Bodily injury** or **property damage** arising out of the ownership, upkeep or use of **your insured car** while it is being leased or rented to others.

(9) **Bodily injury** or **property damage** arising out of the ownership, upkeep, or use of any vehicle other than **your insured car**. This exclusion applies only if the vehicle is owned by, or furnished or available for regular use by **you** or a **relative**.

(10) **Bodily injury** to **you** or a **relative**.

(11) **Bodily injury** or **property damage** caused while any vehicle is used in, or preparing for, any racing, speeding, stunt, performance or demolition activity. This exclusion applies whether or not such activity is prearranged or organized.

(12) **Bodily injury** arising out of or related to **pollutants** and/or **contamination**.

(13) **Bodily injury** or **property damage** arising out of the loading or unloading of any **car**. This exclusion does not apply to **you** or a **relative**.

(14) **Bodily injury** or **property damage** arising out of the use of a vehicle for snow removal.

(15) **Bodily injury** or **property damage** arising out of the ownership, upkeep or use of any **car** while it is being used in connection with any type of personal vehicle sharing program.

(16) **Bodily injury** or **property damage** arising out of the use of a vehicle in any illegal trade or transportation.

(17) **Bodily injury** or **property damage** arising out of the use of a vehicle in the commission of a non-vehicular felony. This includes the attempt to elude arrest by a law enforcement official.

(18) Punitive or exemplary damages.

### Conformity with Financial Responsibility Laws.

If **we** certify this policy as proof of compliance under any financial responsibility law, it will comply with that law to the extent of the coverage required by the law. **You** must repay **us** if **we** have to make a payment that **we** would not have had to make if this policy were not certified.

### Out of State Insurance.

If an **insured person** must comply with the financial responsibility law of another **state**, this policy will provide any broader coverage. This provision also applies to the compulsory insurance law or similar laws of another **state**. The **insured person** must be subject to those laws because of the ownership, upkeep or use of **your insured car** in that **state**. Any broader coverage so afforded shall be reduced to the extent that other liability coverage applies. No person may, in any event, collect more than once for the same elements of **loss**.

### Limits of Liability.

Subject to the following terms, the limits of liability shown on **your** Declarations Page are the most **we** will pay in damages for any one **car accident**.

(1) The **bodily injury** liability limit for "each person" is the maximum limit for all claims by all persons for damages from **bodily injury** to one person. This limit includes all family member claims, claims for care and loss of services, loss of companionship, loss of society and loss of consortium.

(2) Subject to the **bodily injury** liability limit for "each person", the **bodily injury** liability limit for "each accident" is the total limit for all claims for damages

from **bodily injury** to two or more persons in any one **car accident**. This limit includes all family member claims, claims for care and loss of services, loss of companionship, loss of society and loss of consortium.

(3) The **property damage** liability limit for "each accident" is the limit for all claims for damages, by all persons to property in any one **car accident**. These damages may be direct or indirect.

**We** will pay no more than these limits despite of any of the following.

(1) The number of vehicles described or premiums shown on **your** Declarations Page.

(2) The number of **insured persons**.

(3) The number of claims made or lawsuits filed.

(4) The number of persons making claims.

(5) The number of policies issued by **us**.

(6) The number of vehicles involved in the **car accident**.

Any amount payable to any person under this part will be reduced by any amount paid or payable to that person under Part II or Part III.

No one will be entitled to duplicate payments under this policy for the same elements of damages.

If this policy provides coverage that exceeds the limits required by the applicable Financial Responsibility laws, then such excess coverage shall not apply to the operation, upkeep, or use of **your insured car** by any person other than **you** or a **relative**. This limitation shall not apply to liability incurred by **you** or a **relative**.

### Other Insurance.

If there is other applicable coverage on a **loss** covered by this Part, **we** will pay only **our** share of the damages. **Our** share is the ratio that the limits of liability bear to the total of all applicable limits.

For coverage afforded under this Part for a **car you** do not own, this coverage is excess over any other applicable insurance.

Coverage under this Part will be primary for the use of **your insured car** by **you** or any rated driver listed on **your** Declarations Page. For any other person using **your insured car**, this coverage will be excess over any other applicable insurance.

---

## PART II - MEDICAL PAYMENTS COVERAGE.

This coverage applies only if a premium is shown for it on **your** Declarations Page.

This coverage does not apply at all if there is any Personal Injury Protection Coverage in effect at the time of the **car accident**.

Any rights to payment under this Part no longer exist to the extent an **insured person** recovers payment from the responsible party.

**We** will pay the **usual and customary charge** for reasonable and necessary expenses incurred within one year from the date of **car accident**. The expenses must be for medical and funeral services because of **bodily**

**injury** sustained by an **insured person** and caused by a **car accident**.

Reasonable medical expenses do not include expenses described as follows.

(1) For treatment, services, products or procedures that are untried, for research, or not primarily designed to serve a medical purpose, or are not commonly recognized throughout the medical profession and within the United States as appropriate treatment of **bodily injury;**

(2) Incurred for the use of thermography or other related procedures of a similar nature.

(3) Incurred for the use of acupuncture or other related procedures of a similar nature.

(4) Incurred for the purchase or rental of equipment not primarily designed to serve a medical purpose.

**Additional Definitions Used In This Part Only.**

As used in this part:

(1) **"Insured person"** or **"insured persons"** means any of the following.

   (A) **You** or a **relative** while **occupying your insured car.**

   (B) **You** or a **relative** as a pedestrian when struck by a **motor vehicle.**

   (C) Any other person while **occupying your insured car** while the **car** is being used by **you** or another person with **your** permission.

   No one is considered an **insured person** if they use a **car** without the permission or outside the scope of the permission of the owner.

(2) **"Usual and customary charge"** means an amount which **we** determine as a customary charge for services in the region in which the service is rendered. **We** may determine this charge through the use of independent sources of **our** choice.

**Exclusions.**

This coverage does not apply to **bodily injury** described as follows.

(1) Sustained while **occupying your insured car** when used to carry persons or property for compensation or a fee. This includes but is not limited to delivery of newspapers, magazines, food, or any other product. This exclusion does not apply to shared-expense **car** pools.

(2) Sustained while **occupying** any vehicle being used as a residence or premises.

(3) Sustained while **occupying** a **motor vehicle** with less than four wheels.

(4) Arising out of the ownership, upkeep or use of any **car** while it is being used in connection with any type of personal vehicle sharing program.

(5) Sustained while **occupying** or when struck by any vehicle, other than **your insured car,** which is owned by or furnished or available for regular use by **you.**

(6) Sustained while **your insured car** is being leased or rented to others.

(7) Arising out of the ownership, upkeep, or use of any vehicle including **your insured car,** when used for any business purpose. This exclusion does not apply to:

   (i) Use of **your insured car** by **you** or a **relative** for farming or ranching.

   (ii) The use of **your insured car** by **you** for **auto business** operations.

   (iii) Business use that has been disclosed to, and accepted by, **us.**

   (iv) Business use that is infrequent and not otherwise excluded under this policy.

(8) **Occurring** during the course of employment if benefits are payable under a workers' compensation law, disability benefits or other similar laws. This exclusion also applies when benefits are required to be provided under similar laws.

(9) Caused by, or as an effect of, war (declared or undeclared), civil war, insurrection, riot, acts of terrorism, rebellion, or revolution. This exclusion also applies to damages caused by nuclear reaction, radiation or radioactive contamination.

(10) Sustained while **occupying** any vehicle being used in or to prepare for any racing, speed, stunt, performance or demolition activity, whether or not such activity is prearranged or organized.

(11) Intentionally caused by or at the direction of an **insured person.** This exclusion applies when an **insured person** commits an act which is, to a large extent, certain to cause harm or damage. This exclusion applies even if the actual result is different than that which was intended or expected.

(12) Caused when a vehicle is being used in the commission of a non-vehicular felony or while attempting to elude arrest by a law enforcement official.

(13) Sustained while **your insured car** is being operated by a **regular operator** who was not reported to **us.** The **regular operator** must be reported on the original application for insurance or otherwise disclosed to **us** and listed on **your** Declarations Page before the **car accident.**

(14) Caused when a vehicle is being used in any illegal trade or transportation.

**Limits of Liability.**

**We** will pay no more than the limits of liability shown for this coverage on **your** Declarations Page for each person

injured in any one car accident despite any of the following.

(1) The number of vehicles described or premiums shown on your Declarations Page.

(2) The number of insured persons.

(3) The number of claims made or lawsuits filed.

(4) The number of persons making a claim.

(5) The number of policies issued by us.

(6) The number of vehicles involved in the car accident.

Any amount payable to any person under this part will be reduced by any amount paid or payable to that person for the same expense under Part I or Part III.

No one will be entitled to duplicate payments under this policy for the same elements of damages.

## Other Insurance.

This Medical Payments Coverage is excess over any other applicable insurance.

## Our Rights To Recover Payment.

If we make payment under this Part, we shall be entitled, to the extent of such payment, to the proceeds of any settlement or judgment recovered from, or on behalf of, any responsible party.

## PART III - UNINSURED MOTORISTS COVERAGE.

This coverage applies only if there is a premium shown for it on **your** Declarations Page.

**We** will pay damages for **bodily injury** which an **insured person** is legally entitled to recover from the owner or operator of an **uninsured motor vehicle**. The **bodily injury** must be caused by a **car accident** and result from the ownership, upkeep or use of an **uninsured motor vehicle**.

Any judgment for damages arising out of a suit brought without **our** consent is not binding on **us**.

## Additional Definitions Used in This Part Only.

As used in this Part

(1) "**Insured Person**" means any of the following.

(A) **You**.

(B) A **relative**.

(C) Any other person **occupying your insured car** with the permission of **you** or a **relative**.

(D) Any person for damages that person is entitled to recover because of **bodily injury** to **you**, a **relative** or another occupant of **your insured car**.

No person shall be considered an **insured person** if that person uses a **motor vehicle** without permission of the owner.

(2) "**Uninsured motor vehicle**" means a **motor vehicle** which is:

(A) Not insured by a **bodily injury** liability bond or policy or that does not have liability limits complying with the financial responsibility law of the policy **state**.

(B) A hit-and-run vehicle whose operator or owner is unknown. This vehicle must strike any of the following.

(i) **You**.

(ii) A **relative**.

(iii) A vehicle which **you** or a **relative** are **occupying**.

(iv) **Your insured car**.

There must be actual physical contact with the hit-and-run vehicle.

(C) Insured by a **bodily injury** liability bond or policy at the time of the accident whose insurer is or becomes insolvent or denies coverage.

"**Uninsured motor vehicle**" does not mean a vehicle as described below.

(A) Owned by, furnished or available for **your** regular use or a **relative's** regular use.

(B) Owned or operated by a self-insurer. This must be within the meaning of any **motor vehicle** financial responsibility law, motor carrier law or any similar law. This definition does not apply if that self-insurer is or becomes insolvent.

(C) Owned by a governmental unit or agency.

(D) Designed mainly for use off public roads, while not on public roads.

(E) Operated on rails or crawler treads.

(F) While used as a residence or premises.

## Exclusions.

This coverage does not apply to **bodily injury** sustained by an **insured person** described by any of the following.

(1) While **occupying** a **motor vehicle** owned by **you** or a **relative** which is not **your insured car**.

(2) When struck by a **motor vehicle** owned by **you** or a **relative**.

(3) While **occupying** a **motor vehicle** with less than four wheels.

(4) If the injured person or the legal representative of that person agrees to any settlement without **our** written consent.

(5) While **occupying your insured car** when used to carry persons or property for compensation or a fee. This includes, but is not limited to, delivery of newspapers, magazines, food, or any other products. This exclusion does not apply to shared-expense **car** pools.

(6) Arising out of the ownership, upkeep, or use of any vehicle including **your insured car**, when used for any business purpose. This exclusion does not apply to:

   (i) Use of **your insured car** by **you** or a **relative** for farming or ranching.

   (ii) The use of **your insured car** by **you** for **auto business** operations.

   (iii) Business use that has been disclosed to, and accepted by, **us**.

   (iv) Business use that is infrequent and not otherwise excluded under this policy.

(7) While any vehicle is being used in or to prepare for any racing, speed, stunt, performance, or demolition activity. This exclusion applies whether or not such activity is prearranged or organized.

(8) While **your insured car** is being operated by a **regular operator** who was not reported to **us**. The **regular operator** must be reported on the original application for insurance or otherwise disclosed to **us** and listed on **your** Declarations Page before the **car accident**.

(9) Caused by, or as an effect of, war (declared or undeclared), civil war, insurrection, riot, acts of terrorism, rebellion, or revolution. This exclusion also applies to damages caused by nuclear reaction, radiation or radioactive contamination.

(10) Arising out of the ownership, upkeep, or use of any vehicle other than **your insured car**. This exclusion applies only if the vehicle is owned by, furnished or available for regular use by **you** or a **relative**.

(11) While using or **occupying** any **car** in connection with any type of personal vehicle sharing program.

(12) Arising out of the use of a vehicle while the vehicle is being used in the commission of a non-vehicular felony or while attempting to elude arrest by a law enforcement official.

(13) Punitive or exemplary damages.

## Limits of Liability.

Subject to these provisions, the limits shown on **your** Declarations Page for this coverage are the most **we** will pay in damages for any one **car accident**.

(1) The **bodily injury** limit for "each person" is the maximum limit for all claims by all persons for damages from **bodily injury** to any one person.

(2) Subject to the **bodily injury** limit for "each person", the **bodily injury** liability limit for "each accident" is the total limit for all claims for damages from **bodily injury** to two or more persons in any one **car accident**.

**We** will pay no more than these limits despite any of the following:

(1) The number of vehicles described or premiums shown on **your** Declarations Page.

(2) The number of **insured persons**.

(3) The number of claims made or lawsuits filed.

(4) The number of persons making a claim.

(5) The number of policies issued by **us**.

(6) The number of vehicles involved in the **car accident**.

No stacking of uninsured motorists insurance will be allowed by this policy.

Any amounts payable under this part will be reduced by the following:

(1) Any payments made by or on behalf of the owner or operator of the **uninsured motor vehicle**. Also any payment made by or on behalf of any other person or organization which may be legally liable.

(2) Any amount paid or payable under Part I or Part II of this policy.

(3) Any payments made or payable because of **bodily injury** under any workers' compensation law or disability benefits law or similar law.

No one will be entitled to duplicate payments under this policy for the same elements of damages.

## Other Insurance.

If there is other applicable coverage on a **loss** covered by this Part, **we** will pay only **our** share of the damages. **Our** share is the ratio that **our** limits of liability bear to the total of all applicable limits. When an **insured person** is **occupying** a **car** not listed on **your** Declarations Page, this coverage is excess over any other applicable insurance. This coverage shall apply only in the amount by which the limits of liability for this coverage exceed the applicable limits for such other insurance.

## Arbitration.

Arbitration may occur if **we** and an **insured person** claiming coverage under this Part do not agree to either of the following:

(1) The legal liability of the operator or owner of an **uninsured motor vehicle**.

(2) The amount of damages.

The matter may be arbitrated upon written agreement between both parties. In this event, each party will select an arbitrator, unless the parties agree in writing on the use of a single arbitrator. If two arbitrators are used, they will select a third. If the two arbitrators cannot agree on the third within thirty (30) days, then on joint request by the

insured and **us**, the third arbitrator will be appointed by a judge or court having jurisdiction.

Disputes over coverage under this Part may not be arbitrated.

Each party will do all of the following.

(1)  Pay the expenses they incur.

(2)  Bear the expenses of the single arbitrator equally.

(3)  If a third arbitrator is used, bear the expenses equally.

Unless both parties agree otherwise, arbitration will take place in the county in which the **insured person** lived, as listed on the policy, immediately prior to the accident.

Local rules of procedure and evidence will apply. A decision agreed to by two of the arbitrators, or the single arbitrator, shall be binding as to the following.

(1)  The legal liability of the operator or owner of an uninsured vehicle.

(2)  The amount of damages. The arbitrators shall have no authority to award an amount in excess of the limits of liability or which includes punitive or exemplary damages.

The decision of the arbitrators is binding only for the amount of the award that does not exceed **our** limits of liability or include punitive or exemplary damages.

---

## PART IV - CAR DAMAGE COVERAGE.

**We** will pay for **loss** to **your insured car** which is caused by either of the following.

(1)  **Collision**, but only if a premium is shown for it on **your** Declarations Page.

(2)  **Comprehensive**, but only if a premium is shown for it on **your** Declarations Page.

### Additional Definitions Used in This Part Only.

As used in this Part, the following definitions apply.

(1)  **"Collision"** means actual physical contact between **your insured car** and another object or upset of **your insured car**.

(2)  **"Comprehensive"** means **loss** to **your insured car** not caused by **collision**. The following are examples, but not an all inclusive list, of what is considered **loss** caused by **comprehensive**.

 (A)  Missiles or falling objects

 (B)  Fire

 (C)  Theft or larceny

 (D)  Explosion

 (E)  Earthquake, windstorm or hail

 (F)  Water or flood

 (G)  Malicious mischief or vandalism

 (H)  Riot or civil commotion

 (I)  Contact with bird or animal

 (J)  Breakage of glass not caused by **collision**

 If glass breakage results from a **collision**, **you** may choose to have it treated as a **loss** caused by **collision**.

(3)  **"Covered Equipment"** means the following:

 (A)  Any permanently installed equipment, parts, or accessories. These must have been purchased as standard or optional equipment from the vehicle manufacturer.

 (B)  Any permanently installed device designed to record or reproduce sound. The device must have been installed in the opening of the dash or console. The opening must be normally used by the manufacturer for the installation of a radio. The maximum **we** will pay for **loss** to the device and its accessories is $500.

(4)  **"Rental Vehicle"** means a **car you** rent or hire from an entity licensed to conduct such business under applicable **state** law. The **car** must be in **your** custody and operated by **you** or a **relative**.

(5)  **"Your insured car"** also includes a **rental vehicle** while it is being used as a temporary substitute for a **car** described on **your** Declarations Page. The replacement must be because of the **insured car's** withdrawal from normal use due to breakdown, repair, servicing, **loss** or destruction. A **rental vehicle** that meets this description shall be provided the same coverage as the vehicle it temporarily replaces.

### Your Deductible.

The deductible amount shown on **your** Declarations Page will be subtracted from payment of any **loss** covered under this Part.

No deductible will apply to a **loss** to window glass when the glass is repaired instead of replaced.

### Settlement of Loss.

**We** may pay the **loss** in money or repair or replace the damaged or stolen property. **We** may, at any time before the **loss** is paid or the property is replaced, return, at **our** expense, any stolen property. This will be returned either to **you** or to the address shown on **your** Declarations Page. If **we** repair or replace the damaged or stolen property, **we** reserve the right to use parts of like kind and quality, which may include non original equipment manufacturer parts. **We** may keep all or part of the property salvage upon payment to **you** of its agreed or

appraised value. **You** may not abandon the damaged property to **us**.

## Appraisal.

**You** or **we** may demand appraisal of the **loss**. Each will appoint and pay a competent and impartial qualified appraiser. Other appraisal expenses will be shared equally. The appraisers, or a judge or a court having jurisdiction, will select an umpire to decide any differences. Each appraiser will state separately the actual cash value and the amount of **loss**. An award in writing by the two appraisers, or either of the appraisers and the umpire, will determine the amount payable.

**We** do not waive any of **our** rights under this policy by agreeing to an appraisal.

## Transportation Expenses.

**We** will pay **you** for reasonable substitute transportation expenses incurred if **your insured car** covered by this Part is stolen. Transportation expenses covered shall not exceed $30 per day. The payment period begins forty-eight (48) hours after **you** have told **us** of the theft and have notified the police. The period ends when the first of any of the following occurs.

(1) Seventy-two (72) hours after **we** make an offer to pay the actual cash value of **your insured car**.

(2) When **your insured car** is returned to use.

(3) When $900 in substitute transportation costs has been incurred.

## Exclusions.

This coverage does not apply to **loss** as described by any of the below.

(1) To **your insured car** while used to carry persons or property for compensation or a fee. This includes, but is not limited to, delivery of newspapers, magazines, food, or any other products. This exclusion does not apply to shared-expense **car** pools.

(2) Caused by, or as an effect of, war (declared or undeclared), civil war, insurrection, riot, acts of terrorism, rebellion, or revolution. This exclusion also applies to damages caused by nuclear reaction, radiation, or radioactive contamination.

(3) To equipment used to either mechanically or structurally change **your insured car** to increase performance or change its appearance.

(4) To any closed container designed to fit in the bed of a pickup truck, plow, winches and lift kits. This exclusion applies whether or not the item is permanently attached.

(5) To equipment, parts and accessories which are not defined as **covered equipment**. This exclusion does not apply if items are declared as permanently installed in or on **your insured car** and a specific premium is paid.

(6) Arising out of wear and tear, freezing, or other

temperature changes, mechanical or electrical breakdown or failure, or manufacturers defect, road damage to tires or other prior **loss** damage. This exclusion does not apply if the **loss** results from theft covered by this insurance.

(7) While **your insured car** is being used in, or preparing for, any racing, speeding, stunt, performance or demolition activity. This exclusion applies whether or not such activity is prearranged or organized.

(8) Arising out of the ownership, upkeep, or use of any vehicle including **your insured car**, when used for any business purpose. This exclusion does not apply to:

(i) Use of **your insured car** by **you** or a **relative** for farming or ranching.

(ii) The use of **your insured car** by **you** for **auto business** operations.

(iii) Business use that has been disclosed to, and accepted by, **us**.

(iv) Business use that is infrequent and not otherwise excluded under this policy.

(9) To **your insured car**, if at the time of the **loss**, **your insured car** was driven by a **regular operator** who was not reported to **us** and listed on **your** Declarations Page before the **car accident**.

(10) To **your insured car** while it is being leased or rented to others.

(11) To any **car** while being used in connection with any type of personal vehicle sharing program.

(12) To **your insured car** while it's being used in used in any illegal trade or transportation.

(13) To **your insured car** while it's being used in the commission of a non-vehicular felony or while attempting to elude arrest by a law enforcement official.

(14) Arising out of intentional actions by or at the direction of **you** or a **relative**, or any other person using **your insured car** with **your** permission is not covered. This exclusion applies when an **insured person** commits an act which is, to a large extent, certain to cause harm or damage. This exclusion applies even if the actual result is different than that which was intended or expected.

(15) Due to the destruction or confiscation by governmental or civil authorities. This exclusion does not apply to the interests of the Loss Payees in **your insured car**.

(16) Due to theft or conversion of **your insured car** or its equipment which occurs prior to its delivery to **you**. This exclusion also applies to theft or conversion of such equipment which occurs after **you** have delivered **your insured car** to a third

party to whom **you** have authorized to sell, trade or otherwise dispose of it.

(17) Due to diminution of value. This is actual or perceived loss in market or resale value which results from a direct and accidental **loss** to a **car.** This exclusion also applies to diminution of any optional equipment **we** insure.

(18) Due to acquiring a stolen vehicle.

(19) To **your insured car** due to mold, or to remedy it. This exclusion applies despite the source of the mold.

(20) To **your insured car** due to damage caused by any explosive substance, flammable liquid or similar hazardous materials during the transportation of such items.

## Limits of Liability.

**Our** limits of liability for **loss** shall not exceed the lesser of the following.

(1) The actual cash value of the stolen or damaged property at the time of **loss**, less the applicable deductible.

(2) The amount needed to repair or replace the property or parts with those of like kind and quality, less the applicable deductible.

To determine the actual cash value of the damaged property at the time of the **loss**, an adjustment for depreciation and physical condition will be made. The adjustment will be in relation to physical condition and wear and tear. If new parts are used to replace parts with wear and tear, depreciation will be taken to the extent of the wear and tear.

## No Benefit to Bailee.

This coverage shall not in any way benefit any party caring for or handling **your insured car** for a fee.

## Other Insurance.

If other coverage applies on a **loss** covered by this Part, **we** will pay only **our** proportionate share of the damages. However, any insurance **we** may be required to provide with respect to any non-owned vehicle used as a temporary substitute for a vehicle listed on **your** Declarations Page shall be excess over any other collectible insurance.

---

## PART V - GENERAL PROVISIONS.

### Territory.

This policy applies only to **car accidents** and **losses** within the United States, its territories or possessions. It also applies to **car accidents** in Canada, or between the ports of the two.

### Changes.

This policy, application (which is made a part of this policy as if attached), and **your** Declarations Page include all the agreements between **you** and **us** relating to this insurance.

**We** will automatically give **you** the benefits of any extension or broadening of this policy. That is provided that the change does not require additional premium.

The only other way this policy can be changed is by endorsement. Any necessary adjustment of premium will be made at that time. **We** will accept certain changes to **your** policy that **you** request. However, some changes **you** request require **your** signature. These will be effective only after the proper signature is obtained. Any change will be confirmed by **our** issuance of a Declarations Page.

The premium for this policy is based on information **we** receive from **you** or other sources. Changes to this information made during the policy period may result in a premium increase or decrease.

**You** must notify **us** within fourteen (14) days of a change including, but not limited to:

(1) **your** mailing or residential address;

(2) the garaging address for any **car** listed on **your** Declarations Page;

(3) the residents of **your** household and/or **regular operators** of **your insured car**;

(4) an **insured person's** marital status;

(5) **you** or a **relative** obtaining a driver's license or operator's permit; or

(6) **you** acquiring an additional or replacement vehicle.

If **you** move to another **state**, **we** may cancel this policy in accordance with the Cancellation or Nonrenewal of This Policy section.

### Two or More Cars Insured.

With respect to any **car accident** or **loss** to which this and any other auto policy issued to **you** by **us** applies, the total limit of **our** liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

### Lawsuit Against Us.

**We** may not be sued unless there has been full compliance with all the terms of this policy. **We** may not be sued under the Liability Coverage until the obligation of an **insured person** is finally determined either by judgment against that person at the actual trial, or by written agreement of that person, the claimant and **us**. No one has any right under this policy to make **us** a party to a lawsuit to determine the liability of an **insured person**.

Any person who is not an **insured person** under the terms of this policy has no interest in this policy. This includes a third party beneficiary.

This provision applies unless there first is a rendering of a verdict against a person who is an **insured person.** The verdict must be under the terms of this policy. It must be for a claim which is covered by this policy.

## Our Recovery Rights.

In the event of any payment by **us** under this policy, **we** are entitled to all the rights of recovery against another responsible party. This applies to the rights of any person or organization **we** have paid. **You** and anyone **we** protect must sign any papers and do whatever else is needed to enable **us** to exercise **our** rights. **You** and anyone **we** protect will do nothing to prejudice **our** rights.

If **we** ask, any person that **we** have paid must take proper action to recover any payment **we** have made from any responsible party or insurer. The action must take place in that person's own name. **We** will select the attorney and pay all related costs and fees.

When a person has been paid damages by **us** under this policy and also recovers from another, the amount recovered from the other shall be held by that person in trust for **us.** That person must repay **us** to the extent of **our** payment plus any costs or attorney fees **we** have to pay.

If **we** make payment under any Part, **we** shall be entitled, to the extent of such payment, to the proceeds of any settlement or judgment recovered from, or on behalf of, any responsible party. In the event of recovery from the responsible party, to the extent of such recovery, any rights to payment under such Part no longer exists.

If **you misrepresent** any fact or event that affects a risk being eligible or results in a premium lower than that which would have been charged **we** reserve the right to recover from **you** any payment **we** made for a **loss.**

## Assignment.

Interest in this policy may not be assigned without **our** written consent. If the policyholder named on **your** Declarations Page or their spouse who lives in the same household dies, the policy will cover any of the following.

(1)  The surviving spouse.

(2)  The legal representative of the deceased. That person must be acting within the scope of the duties as a legal representative.

(3)  Any person having proper custody of **your insured car.** This applies until a legal representative is appointed.

However, if any person is an excluded driver under this policy, there is no coverage while that person is driving any **car.**

## Bankruptcy.

We are not relieved of any duty under this policy because of the bankruptcy or insolvency of any **insured person.**

## Electronic Signatures.

**We** may use electronic signatures to satisfy any requirement for written signatures. When a law requires a signature or letter to be notarized, verified, approved or made under oath, the electronic signature will satisfy. This is provided the signature of the person authorized to perform such service is attached to or associated with the signature of record.

## Out-of-State Insurance.

If this policy provides liability insurance **we** will automatically provide the compulsory **motor vehicle** insurance required for nonresidents. This applies when **you** are traveling in a **state** with such requirements. However, **we** will provide only excess insurance in this case.

## Joint and Individual Interests.

Any Named Insured may cancel or change this policy. The action of one Named Insured will be binding on all persons provided coverage under this policy. Notices, including premium refunds, to one Named Insured will be binding on all persons provided coverage under this policy.

## Renewal of This Policy.

Subject to **our** consent, **you** have the right to renew this policy. When **we** consent to renewal, **you** must pay the renewal premium before the due date. This policy will automatically expire if **we** do not receive the required premium before the renewal date of the policy.

If **we** offer to renew the policy and **you** or **your** representative fail to pay the required premium when due, **you** have not accepted **our** offer. This is also the case if **we** bill for a balance due from a policy change and **you** fail to pay when due. If that happens, this policy may automatically terminate on the date noted on the renewal notice.

## Cancellation or Nonrenewal of This Policy.

The Named Insured, listed on **your** Declarations Page may cancel this policy by advising **us** in writing of the future date the cancellation is to take effect.

**We** may cancel **your** policy for any reason permitted by the **state** in which **your** policy is written. A cancel notice will be mailed to the person listed as Named Insured at the address shown on **your** Declarations Page. Mailing of the notice will be in alignment with required timeframes.

If **we** decide not to renew this policy, **we** will mail notice of nonrenewal according to the **state** law where **your** policy is written. This notice will be mailed to the person listed as Named Insured at the address shown on **your** Declarations Page. Proof of mailing a cancel or nonrenewal notice shall be sufficient proof of notice, if required.

Upon cancellation **you** may be due a premium refund. If so, **we** will send it to **you**. A refund is not a condition of cancellation. If **we** cancel, any refund will be computed on a pro-rata basis. If **you** cancel, the refund will be computed via customary short-rate methods and procedures. The effective date of cancel stated in a notice is the end of the policy period.

**Misrepresentations.**

If **you** misrepresent any fact or condition that affects whether a risk is eligible or contributes to a **loss**, **we** reserve the right to rescind the policy and/or deny coverage. This also applies if the **misrepresentation** avoids premium owed to **us** or results in a premium lower than that which would have been charged if true and complete information had been provided.

Should **we** be required to cover such a **loss**, **we** reserve the right to recover all resulting payments from **you**.

In Witness Whereof, we have caused this policy to be signed by its President and Secretary. If required by state law, this policy shall not be valid unless countersigned by our authorized representative.

_____
Secretary

_____
President

---

**NOTICE OF OUR INFORMATION PRACTICES.**

We are required by Public Law 91-508, Fair Credit Reporting Act to inform you as follows. As part of our procedure for processing and reviewing applications, a credit report, motor vehicle report or other underwriting reports may be obtained. An investigative report may also be obtained through personal interviews with third parties. Some examples of third parties include family members, business contacts, financial sources, friends, neighbors, or others acquainted with you. This inquiry includes information as to your character, general reputation, personal characteristics, and mode of living or driving history, as applicable. This process also applies to our review of new policies, renewal policies and policies currently in effect. You have the right to make a request for a complete and accurate disclosure of additional information about the nature and scope of the investigation. The request must be to this company and be within a reasonable time period. You have the right to dispute such information which you believe to be in error.

PAP1-1213

Page 13 of 13

Dairyland Insurance Company



My.DairylandInsurance.com

# OFFER OF ADDITIONAL UNINSURED MOTORISTS (UM) COVERAGE AND OPTIONAL UNDERINSURED MOTORISTS (UIM) COVERAGE - SOUTH CAROLINA

Liability insurance coverage pays other motor vehicle drivers and their passengers for damages caused by you and for which you are legally responsible. There are two types of liability insurance coverage: bodily injury and property damage. Bodily injury coverage pays for bodily injuries to others inflicted by your motor vehicle. Property damage coverage pays for damages which your motor vehicle causes to other motor vehicles or property.

Under South Carolina law, an insurance company may refuse to write your liability insurance for a number of reasons. If an insurance company decides to write your liability insurance coverage, however, it must provide at least $25,000 of bodily injury coverage for each person whom you may injure in any single accident and $50,000 of bodily injury coverage for two or more people whom you may injure in any single accident. The insurance company must also provide at least $25,000 in property damage coverage for each accident you may cause. You may have seen these limits described as $25,000/$50,000/$25,000 or 25-50-25. These limits are commonly known as minimum limits. In order to drive on the roads of this State, you must have at least these minimum limits of insurance, unless you post a satisfactory bond or pay a $550 fee to drive uninsured. There is no requirement that an insurance company offer higher than the minimum limits of liability insurance coverage. If your insurance company does offer more than the minimum limits, you will be required to pay an additional premium for those increased limits of protection.

An insurer that writes your liability insurance coverage must also offer two additional coverages which will protect you in the event you are damaged in an accident by an at-fault driver who either has no insurance or whose insurance liability limits are less than your damages in that accident. These coverages are termed additional uninsured motorist coverage and optional underinsured motorist coverage, respectively. You may also see them referred to as UM and/or UIM. If you decide to purchase either of these coverages, you will be required to pay an additional premium for each of these coverages.

**Uninsured motorist coverage** compensates you, or other persons insured under your insurance policy, for amounts which you may be legally entitled to collect as damages from an owner or operator of an at-fault uninsured motor vehicle. An uninsured motor vehicle is a motor vehicle which either has no liability insurance coverage or is operated by a hit-and-run driver. By law, your insurance policy automatically provides uninsured motorist coverage of $25,000/$50,000/$25,000. There is a $200 deductible for uninsured property damage claims.

You also have the right to buy additional uninsured motorist coverage, in various limits, up to the limits of the liability coverage you have purchased. The limits of additional uninsured motorists coverage which your insurance company is authorized to write and for which you are eligible are shown on this form, together with the additional premium for those increased limits. You may not purchase uninsured motorists coverage with limits in excess of your liability limits.

**Underinsured motorist coverage** compensates you, or other persons insured under your insurance policy, for amounts which you legally may be entitled to collect as damages from an owner or operator of an at-fault underinsured motor vehicle. An underinsured motor vehicle is a motor vehicle which is covered by some form of liability insurance which is insufficient to fully compensate you for your damages.

Your insurance policy does not automatically provide any underinsured motorist coverage. However, you have the right to buy, and your insurance company is required to offer, optional underinsured motorist coverage in various limits up to the limits of liability coverage you have purchased. The limits of optional underinsured motorists coverage which your insurer is authorized to write and for which you are eligible are shown on this form, together with the additional premium for those limits. You may not purchase underinsured motorist coverage with limits in excess of your liability limits.

If you reject optional underinsured or additional uninsured motorist coverages shown on this form and if you are involved in an accident, that is not your fault, this form may be used by your insurance company as evidence against you if you make a claim for additional uninsured motorist coverage or optional underinsured motorist coverage.

If you do not complete this form and return it to your insurance company or insurance agent within 30 days, your insurance company is required by law to add additional uninsured motorist coverage and optional underinsured motorist coverage, in the same limits as your liability insurance, to your insurance policy. You will be required to pay an additional premium for each of these coverages and your policy may be canceled for non-payment of that additional premium.

In the future, if you wish to increase or to decrease your limits of additional uninsured motorist coverage or optional underinsured motorist coverage, you must contact either your insurance agency or your insurance company. You will not be presented with another copy of this form by your insurance agency or insurance company upon the renewal of your liability insurance policy. You will not be presented with another copy of this form by your insurance agency or current insurance company when you extend, change, supersede, or replace your liability insurance policy.

Please read this form carefully. Your insurance agency or your insurance company must answer any questions which you may have. If you have any further questions, you may contact the Department of Insurance at:

Office of Consumer Services
South Carolina Department of Insurance
1201 Main St., Suite 1000
Columbia, SC 29201

Post Office Box 100105,
Columbia, SC 29202

(803) 737-6180
(800) 768-3467  E-mail Address: consumers@doi.sc.gov

**Uninsured Motorist Coverage - UM limits can be equal to or less than your Bodily Injury and Property Damage Liability limits.**

| Selection | Limits | Term Premium Total for all Vehicles |
|---|---|---|
| X | $25,000/$50,000/$25,000 | $154.56 |

**Underinsured Motorist Coverage - UIM limits can be equal to or less than your Bodily Injury and Property Damage Liability limits.**

| Selection | Limits | Term Premium Total for all Vehicles |
|---|---|---|
| X | REJECT | |
| | $25,000/$50,000/$25,000 | $180.96 |

I fully understand Uninsured and Underinsured Motorist Coverage. I understand the above explanations of these coverages are intended only to be brief descriptions of additional uninsured motorists coverage and optional underinsured motorists coverage, and that payment of benefits under either of these coverages is subject both to the terms and conditions of my insurance policy. I understand the selection I have made will apply to all vehicles insured under this policy and all insureds. I also understand this selection applies to this policy and extension, renewal, change or reinstatement of it by the Named Insured unless the Named Insured subsequently requests a change. It also applies to any reissuance of the policy by the Company.

I ACKNOWLEDGE AND AGREE THAT BY CLICKING MY NAME ON THE DESIGNATED LINE(S) INDICATING "CLICK HERE TO SIGN", I AM ELECTRONICALLY SIGNING THIS DOCUMENT, WHICH WILL HAVE THE SAME LEGAL EFFECT AS THE EXECUTION OF THIS DOCUMENT BY A WRITTEN SIGNATURE AND SHALL BE VALID EVIDENCE OF MY INTENT AND AGREEMENT TO BE BOUND BY ITS TERMS.

*April Huggins*                                                            7/11/2025, 1:47 PM LOCAL TIME
_____                    _____
Named Insured's Signature                                              Date