INSURANCE EXPRESS SERVICES INC
DAIRYLAND INSURANCE COMPANY
4200 CONCOURS ST
ONTARIO CA 91764

Phone: 1-909-346-1553
Agency Code: 10061277



My.DairylandInsurance.com

Named Insured(s)

HUGGINS, APRIL
1716 DIXIE DR
HARTSVILLE SC 29550-5906

## NONPAYMENT CANCELLATION NOTICE

| | |
|---|---|
| **Print Date** | 08/12/2025 |
| **Policy Number** | 11410394879 |
| **Cancellation Effective Date** | 08/28/2025 at 12:01 a.m. Local Time |

If the minimum amount due is not received prior to the Cancellation Effective Date your coverage will end.

**Reason(s) for Cancellation:**

NONPAYMENT OF PREMIUM

You are hereby notified in accordance with the terms and conditions of the above mentioned policy, and in accordance with state law, that your insurance will cease at and from the hour and date mentioned above.

**Important Notices**

Within fifteen days of receiving this notice, you or your attorney may request in writing that the director review this action to determine whether the insurer has complied with South Carolina laws in canceling or nonrenewing your policy. If this insurer has failed to comply with the cancellation or nonrenewal laws, the director may require that your policy be reinstated. However, the director is prohibited from making underwriting judgments. If this insurer has complied with the cancellation or nonrenewal laws, the director does not have the authority to overturn this action.

Other insurance may be obtained through your insurance agency, through another insurer, or through the Associated Auto Insurers Plan. For more information, please contact your insurance agency.

The Department of Insurance has available an automobile insurance buyer's guide regarding automobile insurance shopping and availability which can be obtained by contacting: Office of Consumer Services, South Carolina Department of Insurance, 1201 Main St., Suite 1000, Columbia, SC 29201, Post Office Box 100105, Columbia, SC 29202, (803) 737-6180, (800) 768-3467, E-mail Address: consumers@doi.sc.gov.

You may receive other billings, offers, Declarations Page(s), or notices from us before this cancellation takes effect. Nothing contained in these documents changes the cancellation, expiration or nonrenewal date listed on any outstanding bill, offer or notice sent to you. You still must pay for any premium adjustments due to any changes you request.

If you have questions, please contact your insurance agency or Customer Service at 1-800-334-0090 or Help@DairylandInsurance.com.



SCA5811-1116                                                                                                         Page 2 of 2
---
Please separate and return this portion with your payment. Please do not fold or staple.

**Payment Coupon**

| | |
|---|---|
| **Minimum Amount** | **$364.78** |
| **Coverage will end 08/28/2025 if Minimum Amount is not received.** | |
| Amount Enclosed | $ |

**Policy Number:** 11410394879
**Named Insured(s):**
Huggins, April

INDICATE  _____
ADDRESS  _____
CHANGE   _____

☐ Check if this is a permanent address change

Dairyland Auto® makes it easy to pay your bill anytime:
**Online:** My.DairylandInsurance.com
**Customer Service:** 1-800-334-0090 (24 hour payments)

*Payment by check authorizes us to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. Funds may be withdrawn from your account the same day we receive your payment.*

Please Make Check Payable To:

DAIRYLAND AUTO
PO BOX 8047
STEVENS POINT WI 54481-8047

224

11410394879003100036478000000000000000000000000000

0027020044382946696929550590616