**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER:  4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company,<br><br><br><br>                              Plaintiff,<br><br>v.<br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, Lenard J. Hatfield, South Carolina Department of Transportation, and MPD Electric Cooperative, Inc.,<br><br><br>                              Defendants. | **NOTICE OF FILING**<br>**WAIVER Of SERVICE**<br>**(Declaratory Judgment)**<br>**(Reformation)**<br>**(Non-jury)** |

Attached for filing in the above matter is the Waiver of the Service of Summons of

Defendants Connie L. Hatfield and Lenard J. Hatfield.


MURPHY & GRANTLAND, P.A.


*s/J.R. Murphy*
J.R. Murphy, Esquire, Fed. Bar No. 3119
Scarlett B. Smith, Esquire, Fed. Bar No. 14565
P.O. Box 6648
Columbia, SC  29260
803-782-4100
jrmurphy@murphygrantland.com
ssmith@murphygrantland.com
*Attorneys for the Plaintiff Dairyland Insurance Company*

Columbia, South Carolina
February 16, 2026

1