**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER:  4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield, <br><br> Defendants. | **MOTION FOR SERVICE BY PUBLICATION** |

YOU WILL PLEASE TAKE NOTICE that the Plaintiff, Dairyland Insurance Company, by its undersigned counsel, will move before the United States District Court, District of South Carolina, Florence Division, for an Order of Service by Publication pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, on the grounds that after due diligence, Plaintiff is unable to locate Defendant April Huggins.

MURPHY & GRANTLAND, P.A.

*s/ Scarlett Smith*
J.R. Murphy, Esquire, Fed. Bar No. 3119
Scarlett B. Smith, Esquire, Fed. Bar No. 14565
P.O. Box 6648
Columbia, SC  29260
803-782-4100
jrmurphy@murphygrantland.com
ssmith@murphygrantland.com
*Attorneys for Plaintiff Dairyland Insurance Company*

Columbia, South Carolina
March 9, 2026