# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| Dairyland Insurance Company,<br><br>                                                     Plaintiff(s),<br><br>v.<br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, Lenard J. Hatfield, South Carolina Department of Transportation, and MPD Electric Cooperative, Inc..<br><br>                                                     Defendant(s). | Civil Action No.: 4:25-cv-13756-JD<br><br><br>**APPEARANCE OF COUNSEL** |

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD**:

I am admitted to practice in this court, and I appear in this case as counsel for Lenard J. Hatfield and Connie L. Hatfield.


Respectfully submitted,


**MORGAN & MORGAN, P.A.**

*/s/ Cooper Klaasmeyer*
COOPER KLAASMEYER, ESQ.
SC Bar No.:    105795
Federal ID:    14272
4401 Belle Oaks Drive, Suite 300
North Charleston, SC, 29405
Phone:            (843) 973- 5438
Fax:                (854) 429-6281
cooper.klaasmeyer@forthepeople.com
**Attorney for the Defendants Lenard and Connie Hatfield**

Charleston, SC
March 19, 2026