# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION
### CASE NUMBER:  4:25-cv-13756-JD

| | |
|---|---|
| Dairyland Insurance Company,<br><br>         Plaintiff,<br><br>v.<br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield, South Carolina Department of Transportation, and MPD Electric Cooperative, Inc.<br><br>         Defendants. | **NOTICE OF FILING AFFIDAVIT OF PUBLICATION** |

Attached for filing in the above matter is the Affidavit of Publication of the Amended

Summons and Complaint for Defendant April J. Huggins.

MURPHY & GRANTLAND, P.A.


*s/J.R. Murphy*
J.R. Murphy, Esquire, Fed. Bar No. 3119
Scarlett B. Smith, Esquire, Fed. Bar No. 14565
P.O. Box 6648
Columbia, SC  29260
803-782-4100
jrmurphy@murphygrantland.com
ssmith@murphygrantland.com
Attorneys for the Plaintiff Dairyland Insurance
Company

Columbia, South Carolina
April 21, 2026