**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company, | |
| Plaintiff, | |
| v. | **AFFIDAVIT OF DEFAULT AS TO APRIL J. HUGGINS** |
| April J. Huggins, Randy Meyers, Connie L. Hatfield and Lenard J. Hatfield, | |
| Defendants. | |

I, Scarlett B. Smith, being capable, competent, and duly sworn, do hereby depose and say as follows:

1. I am a licensed attorney actively practicing and in good standing with the South Carolina State Bar, and a member of the law firm Murphy & Grantland, P.A.. a resident in its Columbia, South Carolina office.

2. Murphy & Grantland, P.A. represents Dairyland Insurance Company in the above-referenced action.

3. I submit this affidavit in accordance with Rule 55(a) of the Federal Rules of Civil Procedure.

4. The Amended Summons and Complaint were served on Defendant April J. Huggins on April 22, 2026, as evidenced by the affidavit of service attached as Exhibit A.

5. The summons included a statement informing Defendant April J. Huggins that a default would be sought against him for the relief sought in the Complaint unless she answered or responded within twenty-one (21) days.

6. More than twenty-one (21) days have elapsed since the service of the Summons and Complaint.

7. Defendant April J. Huggins has not answered, otherwise pled, or requested an extension of time in which to answer.

8. I have conducted a diligent investigation regarding Defendant April J. Huggins, and she is not a minor, incompetent, or in the military service of the United States.

FURTHER THE AFFIANT SAYETH NOT

This 14th day of May, 2026.

MURPHY & GRANTLAND, P.A.

J.R. Murphy, Esquire, Fed. Bar No. 3119
Scarlett B. Smith, Esquire, Fed. Bar No. 14565
P.O. Box 6648
Columbia, SC 29260
803-782-4100
jrmurphy@murphygrantland.com
ssmith@murphygrantland.com
*Attorneys for Plaintiff Dairyland Insurance Company*

Columbia, South Carolina
May 14, 2026