**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company, | |
| Plaintiff, | |
| v. | **STIPULATION AGREEMENT** |
| April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield, | |
| Defendants. | |

The undersigned as counsel for the Plaintiff and the undersigned as counsel for Defendants Connie L. Hatfield and Lenard J. Hatfield, hereby stipulate and agree as follows:

Connie L. Hatfield and Lenard J. Hatfield sustained damages arising out of the accident that occurred on September 1, 2025, in Darlington County, South Carolina, when April J. Huggins was operating a 2015 Chevrolet Impala and collided with the vehicle occupied by Connie L. Hatfield and Lenard J. Hatfield.

Dairyland Insurance Company ("Dairyland") issued a personal auto policy, Policy No. 11410394879, to April J. Huggins with effective dates July 11, 2025, until January 11, 2026 (hereinafter the "Policy"). The Policy lists a 2015 Chevrolet Impala and liability coverage limits of $25,000 each person and $50,000 each accident for bodily injury and $25,000 each accident for property damage.

No amounts have been paid under the Policy yet as there is a dispute amongst the parties whether the Policy was in effect at the time of the September 1, 2025, accident, as Dairyland alleges the Policy had been cancelled for nonpayment of the premium and was reinstated with no lapse in coverage by unilateral mistake due to the fraudulent misrepresentations of April J. Huggins that no accident had occurred during the lapse in coverage. In its Complaint, Dairyland seeks a declaration that its Policy does not provide coverage for the September 1, 2025, accident. Defendants Connie L. Hatfield and Lenard J. Hatfield, by and through

undersigned counsel, do not object to declaratory judgment in favor of Progressive Direct on

the grounds set forth more fully in Dairyland's Complaint.

The parties hereby SO STIPULATE AND AGREE.

WE SO STIPULATE:

*s/ J.R. Murphy*
J.R. Murphy, Esquire
Fed Bar No. 3119
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC  29260
803-782-4100
*Attorney for Plaintiff Dairyland Insurance*
*Company*

 *s/ Cooper Klaasmeyer*
Cooper Klaasmeyer, Esquire
Fed Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive
3rd Floor
Charleston, SC  29405
843-973-5438
*Attorney for Defendants Connie L. Hatfield*
*and Lenard J. Hatfield*

February 15, 2026