INSURANCE EXPRESS SERVICES INC
DAIRYLAND INSURANCE COMPANY
4200 CONCOURS ST
ONTARIO CA 91764

Phone:  1-909-346-1553
Agency Code:  10061277

**Dairyland**®

September 1, 2025

Named Insured(s)

My.DairylandInsurance.com

HUGGINS, APRIL
1716 DIXIE DR
HARTSVILLE SC 29550

# PAYMENT RECEIPT

**Thank you for your payment to Dairyland Auto®.**

**Please retain for your records.**

---

| | |
|---|---|
| **Auto:** | 11410394879 |
| **Named Insured(s):** | HUGGINS, APRIL |
| | |
| **Reference number:** | 221396025 |
| **Amount (US$):** | $729.56 |
| **Method of payment:** | Checking/Savings Draft |
| **Submitted:** | 09/01/2025 02:17 PM Central Time per Stevens Point, WI |

---

If you have questions, please contact Customer Service at Help@DairylandInsurance.com or 1-800-334-0090.