**CIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION
CASE NUMBER: 4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company,<br><br>                              Plaintiff,<br><br>v.<br><br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield,<br><br>                          Defendants. | **AMENDED STIPULATION AGREEMENT** |

The undersigned as counsel for the Plaintiff and the undersigned as counsel for Defendants Connie L. Hatfield and Lenard J. Hatfield, hereby stipulate and agree as follows:

Connie L. Hatfield and Lenard J. Hatfield sustained damages arising out of the accident that occurred on September 1, 2025, in Darlington County, South Carolina, when April J. Huggins was operating a 2015 Chevrolet Impala and collided with the vehicle occupied by Connie L. Hatfield and Lenard J. Hatfield.

Dairyland Insurance Company ("Dairyland") issued a personal auto policy, Policy No. 11410394879, to April J. Huggins with effective dates July 11, 2025, until January 11, 2026 (hereinafter the "Policy"). The Policy lists a 2015 Chevrolet Impala and liability coverage limits of $25,000 each person and $50,000 each accident for bodily injury and $25,000 each accident for property damage.

No amounts have been paid under the Policy yet as there is a dispute amongst the parties whether the Policy was in effect at the time of the September 1, 2025, accident, as Dairyland alleges the Policy had been cancelled for nonpayment of the premium and was reinstated with no lapse in coverage by unilateral mistake due to the fraudulent misrepresentations of April J. Huggins that no accident had occurred during the lapse in coverage. In its Amended Complaint,

Dairyland seeks a declaration that its Policy does not provide coverage for the September 1, 2025, accident on these grounds.

Defendants Connie L. Hatfield and Lenard J. Hatfield, by and through undersigned counsel, consent to entry of declaratory judgment in favor of Dairyland on the grounds set forth more fully in Dairyland's Complaint, consent to declaratory judgment that Dairyland policy does not provide coverage for September 1, 2025, accident; and do not reserve any claims, defenses, or rights not expressly resolved by stipulation in reference to this action, without waiving and expressly reserving their right to pursue uninsured motorist coverage under their own policies of insurance for this accident.

The parties hereby SO STIPULATE AND AGREE.

WE SO STIPULATE:

*s/ J.R. Murphy*
J.R. Murphy, Esquire
Fed Bar No. 3119
Murphy & Grantland, P.A.
P.O. Box 6648
Columbia, SC  29260
803-782-4100
*Attorney for Plaintiff Dairyland Insurance Company*

*s/ Cooper Klaasmeyer*
Cooper Klaasmeyer, Esquire
Fed Bar No. 14272
Morgan & Morgan
4401 Belle Oaks Drive
3rd Floor
Charleston, SC  29405
843-973-5438
*Attorney for Defendants Connie L. Hatfield and Lenard J. Hatfield*

August 3, 2026

2