**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield,<br><br>Defendants. | **PROPOSED JUDGMENT PURSUANT TO RULE 58 OF THE FEDERAL RULES OF CIVIL PROCEDURE** |

Pursuant to the Court's Order on July 21, 2026, the Plaintiff submits the following Proposed Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

The Court grants Plaintiff's Motion for Default Judgment, and declares that:

1. The Dairyland Policy, Policy No. 11410394879, is reformed to reflect effective dates for coverage from July 11, 2025, at 12:43 p.m. Central Time, until August 28, 2025, at 12:01 a.m. Eastern Standard Time. And, regarding reinstatement after the accident, that the Policy's effective dates after the accident are from September 1, 2025, at 3:17 p.m. Eastern Standard Time, until January 11, 2026, at 12:43 p.m. Central Time.

2. On the basis of this reformation, the Policy does not provide liability coverage for the above-named Defendants' claims arising from the September 1, 2025, accident.

3. Additionally, on the basis of this reformation, Dairyland does not owe April J. Huggins the duty to indemnify or defend her for the above-named Defendants' claims arising from the September 1, 2025, accident.

**IT IS SO ORDERED**

_____
Joseph Dawson, III
United States District Judge

2