**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:25-cv-13756-JD**

Dairyland Insurance Company,

Plaintiff,

v.

April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield,

Defendants.

**NOTICE OF FILING AMENDED PROOF OF SERVICE**

Attached for filing in the above matter is the Amended Proof of Service of Defendant April J. Huggins.

MURPHY & GRANTLAND, P.A.

*s/J.R. Murphy*
J.R. Murphy, Esquire, Fed. Bar No. 3119
Scarlett B. Smith, Esquire, Fed. I.D. No. 14565
P.O. Box 6648
Columbia, SC 29260
803-782-4100
jrmurphy@murphygrantland.com
ssmith@murphygrantland.com
Attorneys for the Plaintiff Dairyland Insurance Company

Columbia, South Carolina
September 10, 2026