**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:25-cv-13756-JD**

| | |
|---|---|
| Dairyland Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield,<br><br>Defendants. | **AMENDED PROOF OF SERVICE** |

This Summons and Complaint for April Huggins was received by me on December 9, 2025.

__X_ I personally served the summons on the individual at Wash Tub Laundry, 635 S 5th St., Hartsville, SC, 29550 on December 14, 2025; or

____ I left the summons at the individual's residence or usual place of abode with ____________________ *(name)*, a person of suitable age and discretion who resides there, on ____________________ *(date)* , and mailed a copy to the individual's last known address; or

____ I served the summons on ____________________ *(name of individual)* , who is designated by law to accept service of process on behalf of ____________________ *(name of organization)* on *(date)* ; or

____ I returned the summons unexecuted because ; or

____ Other *(specify)*: ____________________.

I declare under penalty of perjury that this information is true.

Date: September 8, 2026

[signature]
Server's signature
D. Keith Johnson
19 Tiger Paw Lane
Irmo, SC 29063
*Server's address*

SWORN TO and subscribed before me this

8th Day of September, 2026

[signature] (L.S.)
Notary Public for South Carolina
My Commission Expires: 09/07/2031

RENEE' DILLON
Notary Public - State of South Carolina
My Commission Expires
September 7, 2031

Additional information regarding attempted service, etc: