**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**
**CASE NUMBER: 4:25-cv-13756-JD**

Dairyland Insurance Company,

Plaintiff,

v.

April J. Huggins, Randy Meyers, Connie L. Hatfield, and Lenard J. Hatfield,

Defendants.

**Affidavit of Process Server**

The undersigned, having first been duly sworn, deposes and says that:

1. My name is Keith Johnson.
2. I am over the age of eighteen (18) and make this Affidavit on my own personal knowledge.
3. These declarations are true and correct to the best of my own personal knowledge.
4. On December 14, 2025, I personally served April J. Huggins at Wash Tub Laundry, 638 S. 5th St, Hartsville, SC 29550, by handing her the Summons and Complaint for this action.
5. The original Proof of Service incorrectly identifies the signature date as December 9, 2025, as the result of a typographical error on the part of myself and the notary.
6. The original Proof of Service was signed on December 19, 2025, after I had personally served April J. Huggins the Summon and Complaint.
7. Additionally, the Amended Proof of Service, signed on September 8, 2026, correctly identifies December 14, 2025, as the date I personally served April J. Huggins in the manner detailed above.

**FURTHER AFFIANT SAYETH NOT**, this the 8th day of September, 2026.

Sworn to and subscribed before me on
this the 8th day of September 2026

Notary Public for South Carolina
My Commission Expires: 09/07/2031

**RENEE' DILLON**
**Notary Public - State of South Carolina**
**My Commission Expires**
**September 7, 2031**