AO 450 (SCD 11/2011) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

| | | |
|---|---|---|
| Dairyland Insurance Company,<br>*Plaintiff*<br>v.<br>April J Huggins; Connie L Hatfield; Lenard J Hatfield; Randy Meyers,<br>*Defendant* | ) ) ) ) ) | Civil Action No. 4:25-cv-13756-JD |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _________ recover from the defendant *(name)* _________ the amount of ________ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ____________________ recover costs from the plaintiff *(name)* __________________.

✔ other: Default judgment is entered against Defendants, April J. Huggins and Randy Meyers, and declaratory judgment is entered in favor of Dairyland Insurance Company and against the remaining Defendants, Connie L. Hatfield and Lenard J. Hatfield, as laid out in the final order and this case is closed.

This action was *(check one)*:

❒ tried by a jury with Judge _______________ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____________ without a jury and the above decision was reached.

✔ decided by the Honorable Joseph Dawson, III, United States District Judge.

Date: September 29, 2026

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Gibbons

*Signature of Deputy Clerk*